# AFFIDAVIT OF PERSONAL SERVICE

**Re:** *State of Minnesota v. CMI of Kentucky, Inc.*
U.S. District Court File No. CV-08-603

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF RAMSEY    )

EMERALD A. GRATZ, being first duly sworn, deposes and states that:

On March 5, 2008, at 590 Park Street, Suite 6, in the City of Saint Paul, Ramsey County, Minnesota, she personally served the SUMMONS AND COMPLAINT in the above-referenced matter upon CMI of Kentucky, Inc. by giving a copy to Chelesa Bialowas of Premier Corporate Services Inc., a company associated with National Registered Agents, Inc.

_____
EMERALD A. GRATZ

Subscribed and sworn to before me on March 5, 2008.

_____
NOTARY PUBLIC

AG: #1966905-v1

Barbara Ann McKinney
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2012