UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

State of Minnesota,
by Michael Campion, its
Commissioner of Public Safety,

        Plaintiff,

v.

CMI of Kentucky, Inc.,
a Kentucky corporation,

        Defendant.

File No.: 08-CV-603 (DWF/AJB)

**DEFENDANT'S RULE 7.1
CORPORATE DISCLOSURE**

---

Pursuant to Fed. R. Civ. P. 7.1, Defendant CMI of Kentucky, Inc. ("CMI"), by and through its attorneys, Winthrop & Weinstine P.A., hereby discloses to the Court and counsel that CMI is a wholly owned subsidiary of MPD, Inc., a Kentucky corporation. No publicly held corporation owns ten-percent (10%) or more of the stock of CMI.

Dated: April 9, 2008

WINTHROP & WEINSTINE, P.A.

By: s/William A. McNab
    David M. Aafedt, MN #27561X
    William A. McNab, MN #320924

Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
daafedt@winthrop.com
wmcnab@winthrop.com

*Attorneys for Defendant CMI of Kentucky, Inc.*

3719872v1