UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STATE OF MINNESOTA,                                           Civil No. 08-603 DWF/AJB

        Plaintiff,

v.                                                                                        ORDER/NOTICE OF
                                                                                          PRETRIAL CONFERENCE
CMI OF KENTUCKY, INC.,

        Defendant.

TO:    Plaintiff above named and to Emerald A. Gratz, Martin A. Carlson, attorneys for Plaintiff;

Defendant above named and to William A. McNab, attorney for Defendant.

If counsel for all parties are not listed above, it is the responsibility of Plaintiff counsel to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

I.    DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held in Suite 720, 180 East 5th Street, St. Paul, Minnesota, on May 20, 2008, at 10:30 a.m., before Magistrate Judge Arthur J. Boylan to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters. **Each party shall submit a Letter concerning settlement, which shall remain confidential between the Court and that party at least three days prior to the pretrial conference. This letter shall be submitted to the undersigned by e-mail to the following address: boylan_chambers@mnd.uscourts.gov.**

If all counsel wish to hold the pretrial conference by telephone, please make that request by calling Calendar Clerk Kathy Thobe, (651) 848-1210, after filing the Rule 26(f) report.

II. <u>MEETING, REPORTS AND DISCLOSURES REQUIRED</u>

    A. Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet in person on or before May 2, 2008, to discuss settlement, and to prepare the report required by Rule 26(f) and Local Rule 16.2.

    B. If the case does not settle, no later than May 13, 2008, counsel shall jointly prepare and file with the Clerk of Court a complete written report of the Rule 26(f) meeting. **A copy of the report shall also be mailed to chambers of this Court, Room 638, 316 North Robert Street, St. Paul, Minnesota, 55101**, on or before May 13, 2008. The report shall include:

    1. <u>Date and Place of the meeting and identification of the parties and their attorneys</u>

        a. The date and place at which the meeting was held;

        b. Name, address and occupation or business of each party, together with the name, address and telephone number of the attorneys who represented each party at the meeting; and

        c. Name of insurance carriers that may be liable for the defense or payment of any damage award.

    2. <u>Description of the case</u>

        a. A concise statement of the jurisdictional basis of the case, giving statutory citation and a brief narrative description;

        b. A brief narrative of the facts giving rise to the lawsuit, including a description of legal claims and defenses; and

        c. A summary itemization of the dollar amount of each element of the alleged damages.

    3. <u>Pleadings</u>

a. A statement of whether the Complaint and all responsive pleadings have been filed, and whether any party proposes to amend its pleadings;

b. The date by which all motions that seek to amend the pleadings or add parties will be filed; and

c. Whether a jury trial is available under the law, and whether a jury trial has been timely demanded.

4. Discovery Plan (If parties are unable to agree on a discovery plan, the report shall separately set forth each party's proposed plan.)

a. Date by which the initial Rule 26(a)(1) disclosures of witnesses, documents, itemized damage computations and insurance will be completed (if not already completed);

b. Whether the parties wish to engage in any method of alternative dispute resolution following Rule 26(a)(1) disclosures but before formal discovery is commenced;

c. Whether discovery should be conducted in phases, or limited to or focused upon, particular issues;

d. The date by which each party shall disclose the identity of expert witnesses and their reports under Rule 26(a)(2)(A) and (B);

e. The number of interrogatories each party shall be permitted to serve;

f. The number of depositions (excluding depositions of expert witnesses) each party shall be permitted to take; and

g. The number of expert depositions each party shall be permitted to take.

5. Close of Discovery and Non-Dispositive Motions

The date by which all discovery shall be completed and all non-dispositive motions shall be filed and served.

6. Dispositive Motions and Trial

a. Date by which all dispositive motions shall be served, filed and heard by the Court;

b. Date by which case will be ready for trial;

c. The number of expert witnesses each party expects to call at trial; and

d. Estimated trial time (including jury selection and instructions, if

applicable).

C. Unless otherwise agreed by counsel, the initial disclosures under Rule 26(a)(1) shall also be exchanged no later than May 13, 2008.

III. EXERCISE OF JURISDICTION BY U.S. MAGISTRATE JUDGE PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 636(c)

If the parties consent to have this matter tried before the Magistrate Judge, all counsel are requested to sign the attached form by May 20, 2008, and electronically file said form pursuant to Section II, Part F, of the Electronic Case Filing Procedures for the District of Minnesota (Civil).

Dated: April 10, 2008

    s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge