UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota,                                    Case No.: 08-CV-603 (DWF/AJB)
by Michael Campion, its
Commissioner of Public Safety,                                 Judge Donovan W. Frank
                                                      Magistrate Judge Arthur J. Boylan
                  Plaintiff,

   v.

CMI of Kentucky, Inc.,                                 **NOTICE OF APPEARANCE**
a Kentucky corporation,

                  Defendant.

Please take notice that the undersigned, David M. Aafedt, is duly admitted to

practice before this Court and herein provides notice of appearance in the above

captioned case as counsel for Defendant CMI of Kentucky, Inc.


Dated: April 11, 2008                       WINTHROP & WEINSTINE, P.A.

                                            By:  s/David M. Aafedt
                                                 David M. Aafedt, MN #27561X
                                                 William A. McNab, MN #320924

                                               Suite 3500
                                               225 South Sixth Street
                                               Minneapolis, Minnesota 55402-4629
                                               Tel: (612) 604-6400
                                               Fax: (612) 604-6800
                                               daafedt@winthrop.com
                                               wmcnab@winthrop.com

                                               *Attorneys for Defendant CMI of
                                               Kentucky, Inc.*
3758607v1