**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

State of Minnesota,
by Michael Campion, its
Commissioner of Public Safety,

        Plaintiff,

vs.

CMI of Kentucky, Inc.,
a Kentucky corporation,

        Defendant.

**CERTIFICATE OF SERVICE**

Case No. 08-CV-603 (DWF/AJB)

    I hereby certify that on April 29, 2008, I caused the Reply To Counterclaim to be filed electronically with the Clerk of Court through ECF, and that ECF sent an e-notice of the electronic filing to the following:

        David M Aafedt
        daafedt@winthrop.com, charrigan@winthrop.com

        William A McNab
        wmcnab@winthrop.com, kcolon@winthrop.com

Dated: May 15, 2008

LORI SWANSON
Attorney General
State of Minnesota

**s/ Martin A. Carlson_____**

MARTIN A. CARLSON
Assistant Attorney General
Atty. Reg. No. 0299650

445 Minnesota Street, Suite 1800
St. Paul, MN 55101
(651) 297-3076

AG: #2242045-v1