# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE

State of Minnesota,

              Plaintiff,

v.

CMI of Kentucky, Inc.,

              Defendant.

**COURT MINUTES**

Case Number: 08-603 DWF/AJB

| | |
|---|---|
| Date: | 5/20/08 |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 11:05 a.m. |
| Time in Court: | 35 Minutes |

Pretrial Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota. Scheduling order to be issued.

                                                                       s/ Kathy Thobe
                                                                        Judicial Assistant