UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                Court File No. 0:08-cv-00603-DWF-AJB

        Plaintiff,

v.

                **NOTICE OF HEARING ON MOTION TO INTERVENE**

CMI of Kentucky, Inc.,
A Kentucky Corporation,

        Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

        Applicants

    PLEASE TAKE NOTICE that the undersigned will bring the above motion for leave to intervene for hearing before this Court at 202 U.S. Courthouse, 300 S. 4th Street, Minneapolis, MN 55415, at a date and time to be determined by the court.

                          RAMSAY & ASSOCIATES, P.L.L.C.

Dated: June 6, 2008           /s/ Charles A. Ramsay
                                   Charles A. Ramsay ID No. 260277
                                   450 Rosedale Towers
                                   1700 West Highway 36
                                   Roseville, Minnesota 55113
                                   651-604-0000

Minnesota, State of v. CMI of Kentucky, Inc.    Doc. 14

Dockets.Justia.com

GORES LAW OFFICE

Dated: June 6, 2008

/s/ John J. Gores
John J. Gores     ID No. 228928
7091 Highway 65 NE, Suite 201
Fridley, Minnesota 55432
763-571-4777

*Attorneys for Applicants*