UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

Court File No. 0:08-cv-00603-DWF-AJB

Plaintiff,

v.

**DECLARATION OF CHARLES A. RAMSAY IN SUPPORT OF APPLICANT'S MOTION TO INTERVENE**

CMI of Kentucky, Inc.,
A Kentucky Corporation,

Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen,

Applicants

STATE OF MINNESOTA )
                          ) SS
COUNTY OF ANOKA     )

Charles A. Ramsay, being duly sworn on oath, states and alleges as follows:

1. I am the attorney representing the Applicants in this matter and offer this Declaration in support of Applicants' Motion to Intervene.

Minnesota, State of v. CMI of Kentucky, Inc.      Doc. 16

Dockets.Justia.com

2.  A true and correct copy of the State of Minnesota Request for Proposal, Titled "Evidentiary Breath Alcohol Test Instruments," as referenced in Plaintiffs' Complaint at ¶ is marked as **Ex. A.**

3.  A true and correct copy of CMI, Inc.'s Response to the State of Minnesota Request for Proposal, dated October 25, 1996, as referenced in Plaintiffs' Complaint at ¶ 18 is marked as **Ex. B.**

4.  A true and correct copy of the contracted for fee schedule, as referenced in Plaintiffs' Complaint at ¶ 18 is marked as **Ex. C.**

5.  A true and correct copy of the Order issued by the Honorable Gary Larson in the case of *Bergstrom v. Comm'r of Pub. Safety*, Hennepin County District Court File No. 27-CV-07-8280 (Oct. 17, 2007),as referenced in Plaintiffs' Complaint at ¶ 23 is marked as **Ex. D**

6.  A true and correct copy of the Order issued by the Honorable Jean A. Davies in the case of *Zenobian v. Comm'r of Pub. Safety*, Carver County District Court File No. 10-CV-07-1076 (Dec. 18, 2007),as referenced in Plaintiffs' Complaint at ¶ 25 is marked as **Ex. E**

7.  A true and correct copy of the Order issued by the Honorable Philip T. Kanning in the case of *Steffensen v. Comm'r of Pub. Safety*, Carver County District Court File No. 27-CV-06-1036 (December 18, 2007),as referenced in Plaintiffs' Complaint at ¶ 27 is marked as **Ex. F**

8.  A true and correct copy of the Order issued by the Honorable Donald J. Venne in the case of *Jacobsen v. Comm'r of Pub. Safety*, Anoka County District Court

File No. 02-CR-07-370 (Mar. 26, 2008),as referenced in Plaintiffs' Complaint at ¶ 29 is marked as **Ex. G**

9. A true and correct copy of Respondent's Memorandum Opposing Petitioner's Motion for Additional Discovery in the case of *Derheim v. Comm'r of Pub. Safety*, Rice County Court File No. 66-CV-07-3323, submitted by Assistant Attorney General Martin A. Carlson on behalf of Attorney General Lori Swanson, dated November 27, 2007, is marked as **Ex. H**

10. A true and correct copy of Respondent's Memorandum Opposing Petitioner's Motion for Additional Discovery in the case of *Zulpo v. Comm'r of Pub. Safety*, Scott County Court File No. 70-CV-08-5244, submitted by Assistant Attorney General Melissa Eberhart on behalf of Attorney General Lori Swanson, dated April 9, 2008, is marked as **Ex. I**

11. A true and correct copy of e-mail correspondence between Patrick Pulju of the Minnesota Bureau of Criminal Apprehension and Brian Faulkner of CMI, Inc., regarding "Intoxilyzer software v43/37 & 62/240 (dated Sept. 27-28, 2006) is marked as **Ex. J**

                                            RAMSAY & ASSOCIATES, P.L.L.C.

Dated: June 6, 2008                       /s/ Charles A. Ramsay
                                            Charles A. Ramsay  ID No. 260277
                                            450 Rosedale Towers
                                            1700 West Highway 36
                                            Roseville, Minnesota 55113
                                            651-604-0000