UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

Court File No. 0:08-cv-00603-DWF-AJB

Plaintiff,

v.

CMI of Kentucky, Inc.,
A Kentucky Corporation,

Defendant

LR 7.1(c) WORD COUNT
COMPLIANCE CERTIFICATE
REGARDING APPLICANTS'
MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE
TO INTERVENE

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

Applicants

I, Charles A. Ramsay, certify that Applicants' Memorandum Of Law in Support of Motion for Leave to Intervene complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002 Version 10.2627.2625 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2, 399 words.

RAMSAY & ASSOCIATES, P.L.L.C.

Dated: June 6, 2008

/s/ Charles A. Ramsay
Charles A. Ramsay  ID No. 260277
450 Rosedale Towers
1700 West Highway 36
Roseville, Minnesota 55113
651-604-0000
*Attorney for Applicants*