UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                                  Court File No. 0:08-cv-00603-DWF-AJB

                Plaintiff,

v.

                                  **NOTICE OF APPEARANCE**

CMI of Kentucky, Inc.,
A Kentucky Corporation,

                Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

                Applicants

---

The undersigned attorney hereby notifies the Court and counsel that Charles A. Ramsay and John J. Gores shall appear as counsel of record for Applicants Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen and Christopher D. Jacobsen in this case.

                                  RAMSAY & ASSOCIATES, P.L.L.C.

Dated: June 6, 2008                /s/ Charles A. Ramsay
                                          Charles A. Ramsay  ID No. 260277
                                          450 Rosedale Towers
                                          1700 West Highway 36
                                          Roseville, Minnesota 55113
                                          651-604-0000

Minnesota, State of v. CMI of Kentucky, Inc.    Doc. 18

Dockets.Justia.com

GORES LAW OFFICE

Dated: June 6, 2008

/s/ John J. Gores
John J. Gores     ID No. 228928
7091 Highway 65 NE, Suite 201
Fridley, Minnesota 55432
763-571-4777

*Attorneys for Applicants*