UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                    Plaintiff,

v.

CMI of Kentucky, Inc.,
A Kentucky Corporation,

                      Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

                    Applicants

_____

Court File No. 0:08-cv-00603-DWF-AJB

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008 I caused the following documents:

- Motion to Intervene as Plaintiffs
- Intervenors' Complaint
- Notice of Hearing on Motion to Intervene
- Applicants' Memorandum of Law in Support of Motion For Leave to Intervene
- Declaration of Charles A. Ramsay in Support of Applicant's Motion to Intervene
- Exhibits A - J
- LR 7.1(c) Word Count Compliance Certificate
- Notice of Appearance

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **David M Aafedt**
  daafedt@winthrop.com,charrigan@winthrop.com

- **Martin Avery Carlson**
  martin.carlson@state.mn.us

- **Emerald A Gratz**
  emerald.gratz@state.mn.us

- **William A McNab**
  wmcnab@winthrop.com,kcolon@winthrop.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

**Honorable Arthur J. Boylan**
Boylan_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

- **David M Aafedt**
  daafedt@winthrop.com,charrigan@winthrop.com

- **Martin Avery Carlson**
  martin.carlson@state.mn.us

- **Emerald A Gratz**
  emerald.gratz@state.mn.us

- **William A McNab**
  wmcnab@winthrop.com,kcolon@winthrop.com

|  |  |
|---|---|
|  | RAMSAY & ASSOCIATES, P.L.L.C. |
| Dated: June 6, 2008 | s/ Charles A. Ramsay |
|  | Charles A. Ramsay  ID No. 260277 |
|  | 450 Rosedale Towers |
|  | 1700 West Highway 36 |
|  | Roseville, Minnesota 55113 |
|  | 651-604-0000 |

GORES LAW OFFICE

Dated: June 6, 2008                     s/ John J. Gores
                                        John J. Gores          ID No. 228928
                                        7091 Highway 65 NE, Suite 201
                                        Fridley, Minnesota 55432
                                        763-571-4777

                                        *Attorneys for Applicants*