UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

          Court File No. 0:08-cv-00603-DWF-AJB

          Plaintiff,

v.

**FIRST AMENDED NOTICE OF HEARING ON MOTION TO INTERVENE**

CMI of Kentucky, Inc.,
A Kentucky Corporation,

          Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

          Applicants

_____

PLEASE TAKE NOTICE that the undersigned will bring the above motion for leave to intervene for hearing before this Court at 180 East Fifth Street, St. Paul, Minnesota 55101, on July 16, 2008, at 3:30 p.m.

          RAMSAY & ASSOCIATES, P.L.L.C.

Dated: June 9, 2008           /s/ Charles A. Ramsay
          Charles A. Ramsay  ID No. 260277
          450 Rosedale Towers
          1700 West Highway 36
          Roseville, Minnesota 55113
          651-604-0000

GORES LAW OFFICE

Dated: June 9, 2008  /s/ John J. Gores
John J. Gores ID No. 228928
7091 Highway 65 NE, Suite 201
Fridley, Minnesota 55432
763-571-4777

*Attorneys for Applicants*