UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

Court File No. 0:08-cv-00603-DWF-AJB

Plaintiff,

v.

**CERTIFICATE OF SERVICE**

CMI of Kentucky, Inc.,
A Kentucky Corporation,

Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

Applicants

_____

I hereby certify that on June 9, 2008 I caused the following documents:

- First Amended Notice of Hearing on Motion to Intervene

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **David M Aafedt**
  daafedt@winthrop.com,charrigan@winthrop.com

- **Martin Avery Carlson**
  martin.carlson@state.mn.us

- **Emerald A Gratz**
  emerald.gratz@state.mn.us

- **William A McNab**
  wmcnab@winthrop.com,kcolon@winthrop.com

RAMSAY & ASSOCIATES, P.L.L.C.

Dated: June 9, 2008         s/ Charles A. Ramsay
                            Charles A. Ramsay   ID No. 260277
                            450 Rosedale Towers
                            1700 West Highway 36
                            Roseville, Minnesota 55113
                            651-604-0000


GORES LAW OFFICE

Dated: June 9, 2008         s/ John J. Gores
                            John J. Gores        ID No. 228928
                            7091 Highway 65 NE, Suite 201
                            Fridley, Minnesota 55432
                            763-571-4777

                            *Attorneys for Applicants*