# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| State of Minnesota, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 08-603 DWF/AJB |
| | ) | Date: 6/27/08 |
| CMI of Kentucky, Inc., | ) | Court Reporter: |
| | ) | Time Commenced: 9:00 a.m. |
| Defendant. | ) | Time Concluded: 12:45 p.m. |
| | ) | Time in Court: 3 Hours & 45 Minutes |

Hearing on: **Settlement Conference**

APPEARANCES:

    Plaintiff:    Peter Magnuson, Martin Carlson
    Defendant:  David Aafedt, William McNab

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☐ Status conference.
- √ Parties are to initiate a telephonic conference call with the Court on Wednesday, July 2, 2008, at 8:30 a.m. Mr. McNab to initiate the call.

.

                                                                      s/KAT
                                                                  Judicial Assistant