# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE

State of Minnesota,

            Plaintiff,

v.

CMI of Kentucky, Inc.,

            Defendant.

# COURT MINUTES
Case Number: 08-603 DWF/AJB

| | |
|---|---|
| Date: | 7/2/08 |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 9:00 a.m. |
| Time in Court: | 30 Minutes |

Telephone Conference regarding settlement discussions held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

                                                           s/ Kathy Thobe
                                                           Judicial Assistant