**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

State of Minnesota,
by Michael Campion, its
Commissioner of Public Safety,

        Plaintiff,

vs.

CMI of Kentucky, Inc.,
a Kentucky corporation,

        Defendant.

**CERTIFICATE OF SERVICE**

Case No. 08-CV-603 (DWF/AJB)

    I hereby certify that on July 9, 2008, I caused Plaintiff's Memorandum Opposing Applicants' Motion To Intervene, and Affidavit of Emerald Gratz with Exhibits 1 - 4 to be filed electronically with the Clerk of Court through ECF, and that ECF sent an e-notice of the electronic filing to the following:

        David M Aafedt
        daafedt@winthrop.com, charrigan@winthrop.com

        William A McNab
        wmcnab@winthrop.com, kcolon@winthrop.com

        Charles A. Ramsay
        charles@ramsayresults.com

        John J. Gores
        gojnj@msn.com, gojnj@comcast.net

and I certified that I caused courtesy copies of said documents to be sent by U.S. Mail to The Honorable Arthur J. Boylan, the Magistrate Judge who is hearing the motion.

DATED: July 9, 2008                    LORI SWANSON
                                       Attorney General
                                       State of Minnesota


                                       **s/ Martin A. Carlson**_____

                                       MARTIN A. CARLSON
                                       Assistant Attorney General
                                       Atty. Reg. No. 0299650

                                       445 Minnesota Street, Suite 1800
                                       St. Paul, MN 55101
                                       (651) 297-3076


AG: #2271251-v1