# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| State of Minnesota,<br>　　　　　　　Plaintiff,<br>v.<br>CMI of Kentucky, Inc.,<br>　　　　　　　Defendant. | **COURT MINUTES**<br>BEFORE: Arthur J. Boylan<br>U.S. Magistrate Judge<br><br>Case No: 08-603 (DWF/AJB)<br>Date: July 16, 2008<br>Court Reporter:<br>Tape Number: 79-80 (Ctrm. 4)(STP)<br>Time Commenced: 3:40 p.m.<br>Time Concluded: 4:30 p.m.<br>Time in Court: 50 Minutes |

APPEARANCES:

　For Plaintiff:　　　Emerald A. Gratz
　For Defendant:　　William A. McNab
　For Applicants:　　John J. Gores, Charles A. Ramsay

Interpreter / Language:　　na / na

　　IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**　　　　　**X COURT**　　☐ **PLAINTIFF**　　☐ **DEFENDANT**

Hearing on Applicants' Motion to Intervene [Docket No. 13].

Motions taken under advisement as of:　　July 16, 2008

**X** ORDER TO BE ISSUED　　☐ NO ORDER TO BE ISSUED　　☐ R&R TO BE ISSUED　　☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court　　☐ Exhibits returned to counsel

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Brendan J. Dolan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Law Clerk