# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE

State of Minnesota,

          Plaintiff,

v.

CMI of Kentucky, Inc.,

          Defendant.

**COURT MINUTES**

Case Number: 08-603 (DWF/AJB)

| | |
|---|---|
| Date: | July 23, 2008 |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:15 a.m. |
| Time in Court: | 15 Minutes |

Telephone Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

                                                                        s/ Brendan J. Dolan
                                                                        Law Clerk