# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE

State of Minnesota,

            Plaintiff,

v.

CMI of Kentucky, Inc.,

            Defendant.

**COURT MINUTES**
Case Number: 08-cv-603 (DWF/AJB)

| | |
|---|---|
| Date: | July 30, 2008 |
| Time Commenced: | 11:30 a.m. |
| Time Concluded: | 11:45 a.m. |
| Time in Court: | 15 Minutes |

Telephone Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota. A settlement conference has been tentatively scheduled with the Court for August 18, 2008, at 1:30 p.m. in St. Paul.

                                                                       s/ Brendan J. Dolan
                                                                         Law Clerk