# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

State of Minnesota,

          Plaintiff,

v.

CMI of Kentucky, Inc.,

          Defendant.

**COURT MINUTES**
Case Number: 08-603 DWF/AJB

| | |
|---|---|
| Date: | 8/18/08 |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 5:00 p.m. |
| Time in Court: | 3 Hours & 30 Minutes |

Status Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.


                                                          s/ Kathy Thobe
                                                          Judicial Assistant