UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>　　　　　　　　Defendant. | Civil File No. 08-603 DWF/AJB<br><br><br><br>**NOTICE OF WITHDRAWAL** |

　　PLEASE TAKE NOTICE that Martin A. Carlson hereby withdraws as counsel for Plaintiff in the above-captioned case.

Dated: August 22, 2008.　　　　　　　　LORI SWANSON
　　　　　　　　　　　　　　　　　　　　Attorney General
　　　　　　　　　　　　　　　　　　　　State of Minnesota


　　　　　　　　　　　　　　　　　　　　**s/ Emerald A. Gratz_____**
　　　　　　　　　　　　　　　　　　　　EMERALD A. GRATZ
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Atty. Reg. No. 0345829

　　　　　　　　　　　　　　　　　　　　445 Minnesota Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　St. Paul, MN 55101
　　　　　　　　　　　　　　　　　　　　Telephone: (651) 297-2040

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR THE
　　　　　　　　　　　　　　　　　　　　STATE OF MINNESOTA

AG: #2294689-v1