UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>           Plaintiff,<br><br>v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>           Defendant. | File No.: 08-CV-603 (DWF/AJB)<br><br><br><br><br><br>**JOINT MOTION FOR ENTRY OF**<br>**CONSENT JUDGMENT** |

Plaintiff State of Minnesota, by Michael Campion, its Commissioner of Public Safety, and Defendant CMI of Kentucky, Inc., hereby jointly move the Court for the Entry of the Consent Judgment and Permanent Injunction filed herewith. This Joint Motion is based upon the file, record, pleadings in the case, the arguments of counsel, and the memoranda of law and affidavits to be filed in the ordinary course.

Respectfully Submitted,

Dated: September 12, 2008

LORI SWANSON
Attorney General
State of Minnesota

 s/Emerald Gratz
EMERALD GRATZ
Assistant Attorney General
Atty. Reg. No. 0345829
445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
(651) 296-2281 (Voice)
(651) 282-2525 (TTY)
Emerald.Gratz@state.mn.us

ATTORNEYS FOR PLAINTIFF
STATE OF MINNESOTA

Dated: September 12, 2008

WINTHROP & WEINSTINE, P.A.

 s/William A. McNab
David M. Aafedt, MN #27561X
William A. McNab, MN #312071

WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Ste. 3500
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
daafedt@winthrop.com
wmcnab@winthrop.com

ATTORNEYS FOR DEFENDANT
CMI OF KENTUCKY, INC.

AG: #2307232-v1
4030132v1