Minnesota, State of v. CMI of Kentucky, Inc.                                                                    Doc. 30

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota,
by Michael Campion, its
Commissioner of Public Safety,

File No.: 08-CV-603 (DWF/AJB)

           Plaintiff,

v.

CMI of Kentucky, Inc.,
a Kentucky corporation,

**NOTICE OF JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

           Defendant.

PLEASE TAKE NOTICE that on **December 12, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Donovan W. Frank, District Court Judge for the District of Minnesota, in Courtroom 7C, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, Plaintiff State of Minnesota, by its Commissioner of Public Safety, and Defendant CMI of Kentucky, Inc., will jointly move the Court for the Entry of a Consent Judgment and Permanent Injunction. This Joint Motion is based upon the file, record, pleadings in the case, the arguments of counsel, and the memoranda of law and affidavits to be filed in the ordinary course.

Dockets.Justia

Respectfully Submitted,

Dated: September 12, 2008

LORI SWANSON
Attorney General
State of Minnesota

 s/Emerald Gratz
EMERALD GRATZ
Assistant Attorney General
Atty. Reg. No. 0345829
445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
(651) 296-2281 (Voice)
(651) 282-2525 (TTY)
Emerald.Gratz@state.mn.us

ATTORNEYS FOR PLAINTIFF
STATE OF MINNESOTA

Dated: September 12, 2008

WINTHROP & WEINSTINE, P.A.

 s/William A. McNab
David M. Aafedt, MN #27561X
William A. McNab, MN #312071

WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Ste. 3500
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
daafedt@winthrop.com
wmcnab@winthrop.com

ATTORNEYS FOR DEFENDANT
CMI OF KENTUCKY, INC.

4030142v1
AG: #2307226-v1