_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

           Court File No. 0:08-cv-00603-DWF-AJB

        Plaintiff,

v.

              **LR 7.1(c) WORD COUNT
              COMPLIANCE CERTIFICATE
              REGARDING APPLICANTS'**
CMI of Kentucky, Inc.,        **MEMORANDUM IN SUPPORT OF
A Kentucky Corporation,**       **MOTION FOR LEAVE
              TO INTERVENE**

        Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

        Applicants

_____

I, Daniel J. Koewler, certify that Applicants' Local Rule 72.02(a) Objection to Magistrate Judge's Order Denying Applicant's Motion for Intervention complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Office Word 2003 Version 11.6359.6360 SP1, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 719 words.

          RAMSAY & ASSOCIATES, P.L.L.C.

Dated: September 30, 2008     /s/ Daniel J. Koewler_____
              Daniel J. Koewler  ID No. 388460
              2780 Snelling Avenue North, #330
              Roseville, Minnesota 55113
              651-604-0000
              *Attorney for Applicants*