UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

───────────────────────────────

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                Plaintiff,

v.

CMI of Kentucky, Inc.,
A Kentucky Corporation,

                Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

                Applicants

Court File No. 0:08-cv-00603-DWF-AJB

**CERTIFICATE OF SERVICE**

───────────────────────────────

I hereby certify that on September 30, 2008 I caused the following documents:

- Applicant's Local Rule 72.2(a) Objection to Magistrate Judge's September 16, 2008 Order Denying Applicant's Motion for Intervention; and

- LR 7.1(c) Word Count Compliance Certificate Regarding Applicants' Memorandum in Support of Motion for Leave to Intervene

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **David M Aafedt**
  daafedt@winthrop.com,charrigan@winthrop.com

- **Emerald A Gratz**
  emerald.gratz@state.mn.us

- **Jessica Slattery Karich**
  jkarich@winthrop.com,gnettleton@winthrop.com

- **Peter D Magnuson**
  peter.magnuson@state.mn.us

- **William A McNab**
  wmcnab@winthrop.com,kcolon@winthrop.com

|  |  |
|---|---|
|  | RAMSAY & ASSOCIATES, P.L.L.C. |
| Dated: October 1, 2008 | /s/ Daniel J. Koewler<br>Daniel J. Koewler   ID No. 388460<br>2780 Snelling Avenue North, #330<br>Roseville, Minnesota 55113<br>651-604-0000<br>*Attorneys for Applicants* |
|  | RAMSAY & ASSOCIATES, P.L.L.C. |
| Dated: October 1, 2008 | /s/ Charles A. Ramsay<br>Charles A. Ramsay   ID No. 260277<br>2780 Snelling Avenue North, #330<br>Roseville, Minnesota 55113<br>651-604-0000<br>*Attorneys for Applicants* |
|  | GORES LAW OFFICE |
| Dated: October 1, 2008 | s/ John J. Gores<br>John J. Gores       ID No. 228928<br>7091 Highway 65 NE, Suite 201<br>Fridley, Minnesota 55432<br>763-571-4777<br><br>*Attorneys for Applicants* |