UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
it's Commissioner of Public Safety,

                                                   Court File No. 0:08-cv-00603-DWF-AJB

                       Plaintiff,

v.

**FIRST AMENDED
LR 7.1(c) WORD COUNT
COMPLIANCE CERTIFICATE
REGARDING APPLICANTS' LOCAL
RULE 72.02 (A) OBJECTION TO
MAGISTRATE JUDGE'S ORDER
DENYING APPLICANTS' MOTION
FOR INTERVENTION**

CMI of Kentucky, Inc.,
A Kentucky Incorporation,

                       Defendant,

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen,

                       Applicants.

_____

I, Daniel J. Koewler, certify that Applicants' Local Rule 72.02 (A) Objection to Magistrate Judge's Order Denying Applicants' Motion for Intervention complies with Local Rule 7.1(c).

I further certify that, in preparation of this Objection, I used Microsoft Office Word 2003 Version 11.6359.6360SP1, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Objection contains 719 words.

                                                   RAMSAY & ASSOCIATES, P.L.L.C.


Dated: October 1, 2008                       /s/ Daniel J. Koewler
                                                Daniel J. Koewler   ID No. 388460
                                                2780 Snelling Avenue North, #330
                                                Roseville, MN  55113
                                                651-604-0000

                                                *Attorney for Applicants*