UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

Court File No. 0:08-cv-00603-DWF-AJB

                      Plaintiff,

v.

**CERTIFICATE OF SERVICE**

CMI of Kentucky, Inc.,
A Kentucky Corporation,

                      Defendant


Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

                      Applicants

_____


I hereby certify that on October 1, 2008 I caused the following documents:

● **FIRST AMENDED LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING APPLICANTS' LOCAL RULE 72.02 (A) OBJECTION TO MAGISTRATE JUDGE'S ORDER DENYING APPLICANTS' MOTION FOR INTERVENTION**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **David M Aafedt**
  daafedt@winthrop.com,charrigan@winthrop.com

- **Emerald A Gratz**
  emerald.gratz@state.mn.us

- **Jessica Slattery Karich**
  jkarich@winthrop.com,gnettleton@winthrop.com

- **Peter D Magnuson**
  peter.magnuson@state.mn.us

- **William A McNab**
  wmcnab@winthrop.com,kcolon@winthrop.com

                                             RAMSAY & ASSOCIATES, P.L.L.C.

Dated: October 1, 2008            /s/ Daniel J. Koewler
                                             Daniel J. Koewler   ID No. 388460
                                             2780 Snelling Avenue North, #330
                                             Roseville, Minnesota 55113
                                             651-604-0000
                                             *Attorneys for Applicants*


                                             RAMSAY & ASSOCIATES, P.L.L.C.

Dated: October 1, 2008            /s/ Charles A. Ramsay
                                             Charles A. Ramsay   ID No. 260277
                                             2780 Snelling Avenue North, #330
                                             Roseville, Minnesota 55113
                                             651-604-0000
                                             *Attorneys for Applicants*


                                             GORES LAW OFFICE

Dated: October 1, 2008            s/ John J. Gores
                                             John J. Gores          ID No. 228928
                                             7091 Highway 65 NE, Suite 201
                                             Fridley, Minnesota 55432
                                             763-571-4777

                                             *Attorneys for Applicants*