**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

State of Minnesota,
by Michael Campion, its
Commissioner of Public Safety,

        Plaintiff,

vs.

CMI of Kentucky, Inc.,
a Kentucky corporation,

        Defendant.

**CERTIFICATE OF SERVICE**

Case No. 08-CV-603 (DWF/AJB)

    I hereby certify that on October 28, 2008, I caused Plaintiff's Memorandum of Law in Support of Entry of the Consent Judgment and Permanent Injunction and Affidavit of Emerald Gratz in Support of Entry of the Consent Judgment and Permanent Injunction to be filed electronically with the Clerk of Court through ECF, and that ECF sent an e-mail notice of the electronic filing to the following:

        David M Aafedt
        daafedt@winthrop.com, charrigan@winthrop.com

        William A McNab
        wmcnab@winthrop.com, kcolon@winthrop.com

        Charles A. Ramsay
        charles@ramsayresults.com

        Daniel J Koewler
        dan@ramsayresults.com, charles@ramsayresults.com,
        kim@ramsayresults.com

John J. Gores
gojnj@msn.com, gojnj@comcast.net

Jessica Slattery Karich
jkarich@winthrop.com, hlovejoy@winthrop.com

Peter D Magnuson
peter.magnuson@state.mn.us

Dated: October 28, 2008.

LORI SWANSON
Attorney General
State of Minnesota

**s/ Emerald A. Gratz**_____
EMERALD A. GRATZ
Assistant Attorney General
Atty. Reg. No. 0345829

445 Minnesota Street, Suite 1800
St. Paul, MN 55101
Telephone: (651) 297-2040

ATTORNEYS FOR THE
STATE OF MINNESOTA

AG: #2331069-v1