UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

State of Minnesota,
by Michael Campion, its                          File No. 08-CV-603 (DWF/AJB)
Commissioner of Public Safety,

          Plaintiff,

v.

CMI of Kentucky, Inc.,                           **CERTIFICATE OF COMPLIANCE**
a Kentucky corporation,                          **WITH LR 7.1**

          Defendant.

---

Pursuant to Rule LR 7.1(c) and (e), the undersigned hereby certifies that this Memorandum of Law was prepared in Microsoft Word 2003 using 13-point font. The undersigned further certifies that this Memorandum of Law complies with the type-length limitation of LR 7.1(c), as it contains  7,261  words according to Microsoft Word 2003's word count, including headings, footnotes and quotations.

Dated:  October 28, 2008        WINTHROP & WEINSTINE, P.A.

                                           By:  s/William A. McNab
                                                David M. Aafedt, MN #27561X
                                                William A. McNab, MN #320924

                                          Suite 3500
                                          225 South Sixth Street
                                          Minneapolis, Minnesota 55402-4629
                                          Tel:  (612) 604-6400
                                          Fax:  (612) 604-6800
                                          daafedt@winthrop.com
                                          wmcnab@winthrop.com

                                          *Attorneys for Defendant CMI of Kentucky, Inc.*

4113656v1