UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                                                Court File No. 0:08-cv-00603-DWF-AJB

               Plaintiff,

v.

                                      **REQUEST FOR EVIDENTIARY HEARING**

CMI of Kentucky, Inc.,
A Kentucky Corporation,

               Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

               Applicants

_____

      The undersigned attorneys hereby request a hearing before the Honorable Judge Donovan Frank, pursuant to their Objection to Magistrate Judge's Order Denying Applicant's Motion for Intervention, filed on September 30, 2008 (Docket No. 38).

                                                RAMSAY & ASSOCIATES, P.L.L.C.

Dated: October 31, 2008               /s/ Charles A. Ramsay
                                              Charles A. Ramsay  ID No. 260277
                                              2780 Snelling Avenue, Ste. 330
                                              Roseville, Minnesota 55113

651-604-0000

Dated: October 31, 2008 /s/ Daniel J. Koewler
Daniel J. Koewler ID No. 388460
2780 Snelling Avenue, Ste. 330
Roseville, Minnesota 55113
651-604-0000


GORES LAW OFFICE


Dated: October 31, 2008 /s/ John J. Gores
John J. Gores ID No. 228928
7091 Highway 65 NE, Suite 201
Fridley, Minnesota 55432
763-571-4777

*Attorneys for Applicants*