UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                                                Court File No. 0:08-cv-00603-DWF-AJB

                Plaintiff,

v.

                                                **LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING APPLICANTS' MEMORANDUM IN SUPPORT OF MOTION FOR EVIDENTIARY HEARING**

CMI of Kentucky, Inc.,
A Kentucky Corporation,

                Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

                Applicants

_____

I, Daniel J. Koewler, certify that Applicants' Memorandum Requesting an Evidentiary Hearing complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Office Word 2003 Version 11.6359.6360 SP1, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 5,045 words.

                                                RAMSAY & ASSOCIATES, P.L.L.C.

Dated: October 31, 2008          /s/ Daniel J. Koewler
                                             Daniel J. Koewler    ID No. 388460
                                             2780 Snelling Avenue North, #330
                                             Roseville, Minnesota 55113
                                             651-604-0000
                                             *Attorney for Applicants*