UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

───────────────────────────────

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                Plaintiff,

v.

CMI of Kentucky, Inc.,
A Kentucky Corporation,

                Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

                Applicants

Court File No. 0:08-cv-00603-DWF-AJB

**CERTIFICATE OF SERVICE**

───────────────────────────────

I hereby certify that on October 31, 2008 I caused the following documents:

- Applicant's Motion Requesting an Evidentiary Hearing,

- Applicant's Memorandum of Law in Support of Motion Requesting an Evidentiary Hearing,

- Declaration of Charles A. Ramsay in Support of Motion Requesting an Evidentiary Hearing,

- Declaration of Thomas E. Workman Jr. in Support of Motion Requesting an Evidentiary Hearing,

- Exhibits 1-5

- LR 7.1(c) Word Count Compliance Certificate Regarding Applicants'

Memorandum in Support of Motion Requesting an Evidentiary Hearing

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> **David M Aafedt** daafedt@winthrop.com,charrigan@winthrop.com
>
> **Emerald A Gratz** emerald.gratz@state.mn.us
>
> **Jessica Slattery Karich** jkarich@winthrop.com,gnettleton@winthrop.com
>
> **Peter D Magnuson** peter.magnuson@state.mn.us
>
> **William A McNab** wmcnab@winthrop.com,kcolon@winthrop.com

RAMSAY & ASSOCIATES, P.L.L.C.

Dated: October 31, 2008 /s/ Daniel J. Koewler
Daniel J. Koewler    ID No. 388460
2780 Snelling Avenue North, #330
Roseville, Minnesota 55113
651-604-0000

*Attorney for Applicants*