UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety, | Civil File No. 08-603 DWF/AJB |
| Plaintiff,<br>and | |
| Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen, | **NOTICE OF APPEARANCE** |
| Plaintiffs-Intervenors,<br>vs. | |
| CMI of Kentucky, Inc.,<br>a Kentucky corporation, | |
| Defendant. | |

TO:    The Court and All Counsel of Record.

PLEASE TAKE NOTICE that the party named below hereby joins as co-counsel for the State of Minnesota, Plaintiff herein, and will appear at the status conference in this matter which is scheduled on November 25, 2008, before the Honorable Donavan W. Frank.

Dated: November 20, 2008.     LORI SWANSON
                              Attorney General
                              State of Minnesota


                              **s/ Jeffrey F. Lebowski**_____
                              JEFFREY F. LEBOWSKI
                              Assistant Attorney General
                              Atty. Reg. No. 0190020

                              445 Minnesota Street, Suite 1800
                              St. Paul, Minnesota 55101-2134
                              Telephone: (651) 297-5908


                              ATTORNEYS FOR THE
                              STATE OF MINNESOTA

AG: #2344366-v1