### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by Michael Campion, its Commissioner of Public Safety, | Civil File No. 08-603 DWF/AJB |
| Plaintiff, | |
| and | |
| Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen, | **CERTIFICATE OF SERVICE** |
| Plaintiffs-Intervenors, | |
| vs. | |
| CMI of Kentucky, Inc., a Kentucky corporation, | |
| Defendant. | |

I hereby certify that on November 20, 2008, I caused a Notice of Appearance to be filed electronically with the Clerk of Court through ECF, and that ECF sent an e-mail notice of the electronic filing to the following:

> David M Aafedt
> daafedt@winthrop.com, charrigan@winthrop.com
>
> William A McNab
> wmcnab@winthrop.com, kcolon@winthrop.com
>
> Charles A. Ramsay
> charles@ramsayresults.com

Daniel J Koewler
dan@ramsayresults.com, charles@ramsayresults.com,
kim@ramsayresults.com

John J. Gores
gojnj@msn.com, gojnj@comcast.net

Jessica Slattery Karich
jkarich@winthrop.com, hlovejoy@winthrop.com

Peter D Magnuson
peter.magnuson@state.mn.us

Emerald Gratz
emerald.gratz@state.mn.us

Dated: November 20, 2008.

LORI SWANSON
Attorney General
State of Minnesota

**s/ Jeffrey F. Lebowski**_____
JEFFREY F. LEBOWSKI
Assistant Attorney General
Atty. Reg. No. 0190020

445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
Telephone: (651) 297-5908

ATTORNEYS FOR THE
STATE OF MINNESOTA

AG: #2331069-v1