UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota,                                    File No. 08-CV-603 (DWF/AJB)
by Michael Campion, its
Commissioner of Public Safety,

       Plaintiff,

  v.

CMI of Kentucky, Inc.,                                 **DEFENDANT'S MOTION TO**
a Kentucky corporation,                                **DISMISS THE COMPLAINT IN**
                                                                 **INTERVENTION OF PLAINTIFF-**
                Defendant,                     **INTERVENOR CHRISTOPHER D.**
                                                                  **JACOBSEN**

  and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen, and Christopher D.
Jacobsen,

         Plaintiff-Intervenors.

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant CMI

of Kentucky, Inc. respectfully moves for the dismissal of the Complaint in Intervention of

Plaintiff-Intervenor Christopher D. Jacobsen for failure to state a claim upon which relief

may be granted. This motion is based upon the file, record, pleadings in the case,

arguments of counsel, and the memoranda of law and affidavits to be filed in the ordinary

course.

Respectfully Submitted,


Dated: November 26, 2008         WINTHROP & WEINSTINE, P.A.

                               s/William A. McNab
                             David M. Aafedt, MN #27561X
                             William A. McNab, MN #312071

                             WINTHROP & WEINSTINE, P.A.
                             225 South Sixth Street, Ste. 3500
                             Minneapolis, Minnesota 55402-4629
                             Tel: (612) 604-6400
                             Fax: (612) 604-6800
                             daafedt@winthrop.com
                             wmcnab@winthrop.com

                             ATTORNEYS FOR DEFENDANT
                             CMI OF KENTUCKY, INC.

4156313v1