UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| State of Minnesota, <br> by Michael Campion, its <br> Commissioner of Public Safety, <br><br>          Plaintiff, <br><br>  v. <br><br> CMI of Kentucky, Inc., <br> a Kentucky corporation, <br><br>          Defendant, <br><br>  and <br><br> Robert J. Bergstrom, Craig A. Zenobian, <br> Shane M. Steffensen, and Christopher D. <br> Jacobsen, <br><br>          Plaintiff-Intervenors. | File No. 08-CV-603 (DWF/AJB) <br><br><br><br><br><br> **NOTICE OF MOTION TO DISMISS THE COMPLAINT IN INTERVENTION OF PLAINTIFF-INTERVENOR CHRISTOPHER D. JACOBSEN** |

---

TO: Plaintiff-Intervenor Christopher D. Jacobsen and his attorneys, RAMSAY & ASSOCIATES, Charles A. Ramsay and Daniel J. Koewler, 450 Rosedale Towers, 1700 West Highway 36, Roseville, Minnesota, and GORES LAW OFFICE, John J. Gores, 7091 Highway 65 N.E., Suite 201, Fridley, Minnesota.

Please take notice that on a date and time to be determined by the Court, in Courtroom 7C, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before the Honorable Donovan W. Frank, District Court Judge, Defendant CMI of Kentucky, Inc. will move the Court for an order dismissing the Complaint in Intervention of Plaintiff-Intervenor Christopher D. Jacobsen for failure to state a claim upon which relief may be granted. Defendant's motion is

based upon the file, record, pleadings in the case, arguments of counsel, and the memoranda of law to be filed in the ordinary course.

Respectfully Submitted,

Dated: November 26, 2008　　　　　　　　WINTHROP & WEINSTINE, P.A.

　s/William A. McNab
David M. Aafedt, MN #27561X
William A. McNab, MN #312071

WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Ste. 3500
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
daafedt@winthrop.com
wmcnab@winthrop.com

ATTORNEYS FOR DEFENDANT
CMI OF KENTUCKY, INC.

4165027v1