UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>            Plaintiff,<br><br>v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>            Defendant,<br><br>and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>            Plaintiff-Intervenors. | File No. 08-CV-603 (DWF/AJB)<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 26th day of November, 2008, I caused the following to be electronically filed with the Clerk of the Court using the CM/ECF system:

1. **Defendant's Answer to Complaint in Intervention;**
2. **Notice of Defendant's Motion to Dismiss Plaintiff-Intervenor Christopher D. Jacobsen;**
3. **Defendant's Motion to Dismiss Plaintiff-Intervenor Christopher D. Jacobsen.**

Notification of said filing went to the following:

| | |
|---|---|
| Emerald A. Gratz | emerald.gratz@state.mn.us |
| Peter D. Magnuson | peter.magnuson@state.mn.us |
| Jeffrey F. Lebowski | jeffrey.lebowski@state.mn.us |
| John J. Gores | gojnj@msn.com, gojnj@comcast.net |
| Charles A. Ramsay | charles@ramsayresults.com |
| Daniel J. Koewler | dan@ramsayresults.com |

I further certify that I caused a **Proposed Order** to be filed with the Court via e-mail to the following Judge:

    frank_chambers@mnd.uscourts.gov

and I certify that I caused the **Proposed Order** to be e-mailed to the following:

| | |
|---|---|
| Emerald A. Gratz | emerald.gratz@state.mn.us |
| Peter D. Magnuson | peter.magnuson@state.mn.us |
| Jeffrey F. Lebowski | jeffrey.lebowski@state.mn.us |
| John J. Gores | gojnj@msn.com, gojnj@comcast.net |
| Charles A. Ramsay | charles@ramsayresults.com |
| Daniel J. Koewler | dan@ramsayresults.com |

Dated: November 26, 2008          WINTHROP & WEINSTINE, P.A.

                                          By: s/William A. McNab
                                               David M. Aafedt, MN #27561X
                                               William A. McNab, MN #320924

                                               Suite 3500
                                             225 South Sixth Street
                                             Minneapolis, Minnesota 55402-4629
                                             Tel: (612) 604-6400
                                             Fax: (612) 604-6800
                                             daafedt@winthrop.com
                                             wmcnab@winthrop.com

                                             ATTORNEYS FOR DEFENDANT
                                             CMI OF KENTUCKY, INC.

4172966v1