# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## HEARING

| | |
|---|---|
| State of Minnesota,<br><br>                Plaintiff,<br><br>v.<br><br>CMI of Kentucky, Inc.,<br><br>                Defendant. | **COURT MINUTES**<br>BEFORE: Donovan W. Frank<br>U.S. District Judge<br><br>Case No:      08-603 DWF/AJB<br>Date:         November 25, 2008<br>Deputy:       Gina Olsen<br>Court Reporter:  Jeanne Anderson<br>Time Commenced:  2:30 PM<br>Time Concluded:   4:30 PM<br>Time in Court:    2 Hours |

Hearing on: **STATUS CONFERENCE**

APPEARANCES:

    Plaintiff:     Emerald Gratz and Alan Gilbert
    Defendant:    William McNab and David M Aafedt
    Intervenor:   John Gores, Charles Ramsay, and Daniel Koewler

PROCEEDINGS:

☒ Status Confrence. Order to be issued. Motion for Entry of Judgment hearing currently set for December 12, 2008, **has been rescheduled for January 14, 2009 at 1:30 PM**

                                                                                              s/Gina Olsen
                                                                                              Calendar Clerk