UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

State of Minnesota,
by Michael Campion, its
Commissioner of Public Safety,

            Plaintiff,

   v.

CMI of Kentucky, Inc.,
a Kentucky corporation,

            Defendant,

   and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen, and Christopher D.
Jacobsen,

            Plaintiff-Intervenors.

File No. 08-CV-603 (DWF/AJB)

**AMENDED
NOTICE OF MOTION TO DISMISS
THE COMPLAINT IN
INTERVENTION OF PLAINTIFF-
INTERVENOR CHRISTOPHER D.
JACOBSEN**

---

TO:    Plaintiff-Intervenor Christopher D. Jacobsen and his attorneys, RAMSAY & ASSOCIATES, Charles A. Ramsay and Daniel J. Koewler, 450 Rosedale Towers, 1700 West Highway 36, Roseville, Minnesota, and GORES LAW OFFICE, John J. Gores, 7091 Highway 65 N.E., Suite 201, Fridley, Minnesota; and Plaintiff State of Minnesota by Michael Campion, its Commissioner of Public Safety, and his attorneys, LORI SWANSON, ATTORNEY GENERAL, Emerald A. Gratz, Assistant Attorney General, 445 Minnesota Street, Ste. 1800, St. Paul, Minnesota.

Please take notice that on **February 20, 2009, at 9:00 a.m.**, in Courtroom 7C, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before the Honorable Donovan W. Frank, District Court Judge, Defendant CMI of Kentucky, Inc. will move the Court for an order dismissing the Complaint in Intervention of Plaintiff-Intervenor Christopher D. Jacobsen for failure to

state a claim upon which relief may be granted. Defendant's motion is based upon the file, record, pleadings in the case, arguments of counsel, and the memoranda of law to be filed in the ordinary course.

Respectfully Submitted,

Dated: December 2, 2008     WINTHROP & WEINSTINE, P.A.

s/William A. McNab
David M. Aafedt, MN #27561X
William A. McNab, MN #312071

WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Ste. 3500
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
daafedt@winthrop.com
wmcnab@winthrop.com

ATTORNEYS FOR DEFENDANT
CMI OF KENTUCKY, INC.

4179173v1