UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by Michael Campion, its Commissioner of Public Safety, | Civil File No. 08-603 DWF/AJB |
| Plaintiff, | |
| and | |
| Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen, | |
| Plaintiffs-Intervenors, | **NOTICE OF WITHDRAWAL** |
| vs. | |
| CMI of Kentucky, Inc., a Kentucky corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that Peter D. Magnuson hereby withdraws as counsel for Plaintiff in the above-captioned case.

Dated: December 19, 2008.

LORI SWANSON
Attorney General
State of Minnesota

**s/ Emerald A. Gratz**
EMERALD A. GRATZ
Assistant Attorney General
Atty. Reg. No. 0345829

445 Minnesota Street, Suite 1800
St. Paul, MN 55101
Telephone: (651) 297-2040

ATTORNEYS FOR THE
STATE OF MINNESOTA

AG: #2359360-v1