**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

    Plaintiff,

and

Robert J. Bergstrom, Craig A.
Zenobian, Shane M. Steffensen, and
Christopher D. Jacobsen,

    Plaintiffs-Intervenors,

vs.

CMI of Kentucky, Inc.,
a Kentucky corporation,

    Defendant.

Civil File No. 08-603 DWF/AJB

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2008, I caused a Notice of Withdrawal to be filed electronically with the Clerk of Court through ECF, and that ECF sent an e-mail notice of the electronic filing to the following:

    David M Aafedt
    daafedt@winthrop.com, charrigan@winthrop.com

    William A McNab
    wmcnab@winthrop.com, kcolon@winthrop.com

    Charles A. Ramsay
    charles@ramsayresults.com

Daniel J Koewler
dan@ramsayresults.com, charles@ramsayresults.com, kim@ramsayresults.com

John J. Gores
gojnj@msn.com, gojnj@comcast.net

Jessica Slattery Karich
jkarich@winthrop.com, hlovejoy@winthrop.com

Peter D Magnuson
peter.magnuson@state.mn.us

Emerald Gratz
emerald.gratz@state.mn.us

Dated: December 19, 2008.

LORI SWANSON
Attorney General
State of Minnesota

**s/ Emerald A. Gratz**
EMERALD A. GRATZ
Assistant Attorney General
Atty. Reg. No. 0345829

445 Minnesota Street, Suite 1800
St. Paul, MN 55101
Telephone: (651) 297-2040

ATTORNEYS FOR THE
STATE OF MINNESOTA

AG: #2359367-v1