UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

State of Minnesota,
by Michael Campion, its
Commissioner of Public Safety,

File No. 08-CV-603 (DWF/AJB)

        Plaintiff,

v.

**CERTIFICATE OF SERVICE**

CMI of Kentucky, Inc.,
a Kentucky corporation,

        Defendant,

and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen, and Christopher D.
Jacobsen,

        Plaintiff-Interveners.

---

I hereby certify that on December 31, 2008, I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Amicus Curiae Brief on behalf of Minnesota Society for Criminal Justice
2. Exhibits A – F.

and that ECF sent an e-mail notice of the electronic filing to the following:

**Minnesota Society for Criminal Justice    mhalberg@halbergdefense.com**

**Charles A Ramsay**    charles@ramsayresults.com, dan@ramsayresults.com, kimberly@ramsayresults.com

**Daniel J Koewler**    dan@ramsayresults.com, charles@ramsayresults.com, kim@ramsayresults.com

**David M Aafedt**    daafedt@winthrop.com, charrigan@winthrop.com

**Emerald A Gratz**    emerald.gratz@state.mn.us

Jeffrey F Lebowski    jeffrey.lebowski@state.mn.us

Jessica Slattery Karich    jkarich@winthrop.com, gnettleton@winthrop.com

John J Gores    gojnj@msn.com, gojnj@comcast.net

Marsh J Halberg    mhalberg@halbergdefense.com, tanderson@halbergdefense.com

William A McNab    wmcnab@winthrop.com, lmagiera@winthrop.com

Dated: December 31, 2008.                    *Amicus Curie* - Minnesota Society of Criminal Justice (MSCJ)

s/ Marsh J. Halberg
MARSH J. HALBERG
Attorney ID# 39548
3800 American Boulevard W.
Ste. 1590
Minneapolis, MN 55431
(952) 224-4848