UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>          Plaintiff,<br>v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>          Defendant,<br><br>and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>          Plaintiff-Intervenors | Case No.: 08-CV-603 (DWF/AJB)<br><br>**LR 7.1(c) WORD COUNT<br>COMPLIANCE CERTIFICATE<br>REGARDING DEFENDANT'S<br>MEMORANDUM OF LAW IN<br>SUPPORT OF MOTION TO DISMISS<br>THE COMPLAINT IN<br>INTERVENTION OF PLAINTIFF-<br>INTERVENOR CHRISTOPHER D.<br>JACOBSEN** |

The undersigned hereby certifies that in accordance with Local Rule 7.1(e), Defendant's Memorandum of Law in Support of Motion to Dismiss the Complaint in Intervention of Plaintiff-Intervenor Christopher D. Jacobsen was prepared in 13-point font, and it complies with the word count limitations of Rule 7.1(c) as it contains 4,272 words, including headings, footnotes, and quotations, according to Microsoft Word 2000's word count feature.

| | |
|---|---|
| Dated: January 6, 2009 | WINTHROP & WEINSTINE, P.A. |
| | By: s/William A. McNab |
| | William A. McNab, MN #320924 |
| | David M. Aafedt, MN #27561X |
| | Suite 3500 |
| | 225 South Sixth Street |
| | Minneapolis, Minnesota 55402-4629 |
| | Tel: (612) 604-6400 |
| | Fax: (612) 604-6800 |
| | wmcnab@winthrop.com |
| | daafedt@winthrop.com |
| | *Attorneys for Defendant CMI of Kentucky, Inc.* |

4242461v1
13956.1