UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

State of Minnesota,  
by Michael Campion, its  
Commissioner of Public Safety,

        Plaintiff,

v.

CMI of Kentucky, Inc.,  
a Kentucky corporation,

        Defendant,

and

Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen,

        Plaintiff-Intervenors.

File No. 08-CV-603 (DWF/AJB)

---

**AFFIDAVIT OF WILLIAM A. MCNAB IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT IN INTERVENTION OF PLAINTIFF-INTERVENOR CHRISTOPHER D. JACOBSEN**

STATE OF MINNESOTA )  
                            ) ss:  
COUNTY OF HENNEPIN )

    William A. McNab, having been duly sworn upon oath, states as follows:

    1.    I am an attorney duly licensed to practice law in the State of Minnesota and admitted to practice before this Honorable Court. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., 225 South Sixth Street, Suite 3500, Minneapolis,

Minnesota 55402, and represent the Defendant in the above-captioned matter. I respectfully submit this affidavit upon personal knowledge.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct excerpt from the State of Minnesota's ("State") October 1996 Request for Proposal ("RFP").

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Amendment No. 4 to the Contract between the State and CMI.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the State's Memorandum of Law Opposing Petitioner's Motion for Additional Discovery in *Derheim v. Commissioner of Public Safety*, Case No. 66-CV-07-3323.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the State's Memorandum of Law Opposing Petitioner's Motion for Additional Discovery in *Zulpo v. Commissioner of Public Safety*, Case No. 70-CV-08-5244.

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the Affidavit of Glenn G. Hardin, dated November 16, 2007.

7. Attached hereto as <u>Exhibit 6</u> is a true and correct excerpt from the State's October 1996 RFP.

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Judge Venne's March 25, 2008 Order in *State of Minnesota v. Christopher D. Jacobsen*, Case No. 02-CR-07-370.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct excerpt from CMI's October 1996 Proposal in response to the State's RFP.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct excerpt from CMI's October 1996 Proposal in response to the State's RFP.

11. Attached hereto as <u>Exhibit 10</u> is a true and correct excerpt from CMI's October 1996 Proposal in response to the State's RFP.

12. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of the State's January 2, 1997 Notification of Contract Award awarding the Contract to CMI.

FURTHER YOUR AFFIANT SAYETH NOT.

    s/William A. McNab
William A. McNab

Subscribed and sworn to before me
this 6th day of January, 2009.

s/Elizabeth H. Mulvaney
Elizabeth H. Mulvaney
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

4241155v1