UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>          Plaintiff,<br>v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>          Defendant,<br><br>and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>          Plaintiff-Intervenors | Case No.: 08-CV-603 (DWF/AJB)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 6th day of January, 2009, I caused:

1. Defendant's Memorandum of Law in Support of Motion to Dismiss the Complaint in Intervention of Plaintiff-Intervenor Christopher D. Jacobsen; and
2. Affidavit of William A. McNab in Support of Defendant's Memorandum of Law in Support of Motion to Dismiss the Complaint in Intervention of Plaintiff-Intervenor Christopher D. Jacobsen.

to be e-filed with the United States District Court and to be served via facsimile upon the

following:

        Charles A. Ramsay   (651) 604-0027

        Dennis J. Koewler   (651) 604-0027

        Emerald A. Gratz    (651) 297-4077

Dated: January 6th, 2009          WINTHROP & WEINSTINE, P.A.

By: s/William A. McNab
    William A. McNab, MN #320924
    David M. Aafedt, MN #27561X

Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendant CMI of Kentucky, Inc.*

4242339v1
13956.1