UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

State of Minnesota,
by Michael Campion, its
Commissioner of Public Safety,

         Plaintiff,

v.

CMI of Kentucky, Inc.,
a Kentucky corporation,

         Defendant,

and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen, and Christopher D.
Jacobsen,

         Plaintiff-Intervenors.

File No. 08-CV-603 (DWF/AJB)

---

**AFFIDAVIT OF WILLIAM A. MCNAB IN SUPPORT OF DEFENDANT'S
OMNIBUS RESPONSE TO AMICUS BRIEFS**

STATE OF MINNESOTA )
                          ) ss:
COUNTY OF HENNEPIN )

      William A. McNab, having been duly sworn upon oath, states as follows:

      1.     I am an attorney duly licensed to practice law in the State of Minnesota and admitted to practice before this Honorable Court. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., 225 South Sixth Street, Suite 3500, Minneapolis,

Minnesota 55402, and represent the Defendant in the above-captioned matter. I respectfully submit this affidavit upon personal knowledge.

2. Attached hereto as Exhibit 1 are true and correct copies of pages 1-3, 200, 206-207, and 214-215 of the transcript of the October 11, 2007 hearing in *State of New Jersey v. Jane H. Chun, et al.*, Supreme Court of New Jersey, No. 58,879.

3. Attached hereto as Exhibit 2 is a true and correct copy of the *Curriculum Vitae* of Thomas E. Workman, Jr., which I downloaded from the internet website www.computers-forensic-expert.com/CV.PDF on January 7, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the January 2, 2009 search results from the U.S. Patent and Trademark Office's website at https:/oedci.uspto.gov/OEDCI/query.do, where I performed a search for a registered patent attorney using the name "Thomas E. Workman." The search results indicated that "No records were found."

5. Attached hereto as Exhibit 4 is a true and correct excerpt of the January 7, 2009 search results from the U.S. Patent and Trademark Office's website at https:/oedci.uspto.gov/OEDCI/geoRegion.do?=MASSACHUSETTS&regionID=MA, where I performed a search for all registered patent attorneys and agents in Massachusetts. The excerpt includes all listed registered patent attorneys and agents whose last name begins with "W." No "Thomas E. Workman, Jr." is listed.

6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 4,587,427, assigned to CMI, Inc. and dated May 6, 1986.

7. Attached hereto as <u>Exhibit 6</u> are true and correct copies of pages 1-3, 61, 72, 76-77, 142-143, and 183-184 of the transcript of the June 19, 2008 hearing in *State of Arizona v. Erica Lea Daughters-White, et al.*, Arizona Superior Court, Pima County, No. CR-20071798 *et al*.

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the December 10, 2008 Order of the Daviess County Circuit Court, No 08-CI-01839, In re: *State of Arizona v. Erica Lea Daughters-White, et al.*, Arizona Superior Court, Pima County, No. CR-20071798.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of the November 19, 2006 Order of the Daviess County Circuit Court in *State of Arizona v. Erica Lea Daughters-White, et al.*, Arizona Superior Court, Pima County, No. CR-20071798.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of the May 3, 2007 Order of the Georgia State of Court, Cobb County, in *State of Georgia v. Linda N. Abney, et al.*, No. 06T-6261.

11. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of the June 21, 2007 Order of the Georgia Court of Appeals denying Defendant Linda Abney's Application for Interlocutory Appeal in No. 06T-6261.

12. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of the October 17, 2007 Order of the Minnesota District Court, Hennepin County, in *Robert J Bergstrom v. Comm'r of Public Safety*, No. 27-CV-07-8280.

13. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of the April 14, 2008 Order of the County Court of the Thirteenth Florida Judicial Circuit in *State of Florida v. Larissa Hawkes*, No. 3145-XAM.

14. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of the April 18, 2008 Order of the County Court of the Sixth Florida Judicial Circuit in *State of Florida v. Timothy A. Buswell*, No. CTC 07-0496XDHANC.

FURTHER YOUR AFFIANT SAYETH NOT.

                                        s/William A. McNab
                                        William A. McNab

Subscribed and sworn to before me
this 9th day of January, 2009.

s/Elizabeth H. Mulvaney
Elizabeth H. Mulvaney
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

4252777v1