UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>        Plaintiff,<br>v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>        Defendant,<br><br>and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>        Plaintiff-Intervenors | Case No.: 08-CV-603 (DWF/AJB)<br><br><br><br><br><br>**LR 7.1(c) WORD COUNT<br>COMPLIANCE CERTIFICATE<br>REGARDING DEFENDANT'S<br>OMNIBUS RESPONSE TO BRIEFS<br>FILED BY AMICI CURIAE** |

The undersigned hereby certifies that in accordance with Local Rule 7.1(e), Defendant's Omnibus Response to Briefs Filed by *Amici Curiae* was prepared in 13-point font, and contains 7,979 words, including headings, footnotes, and quotations, according to Microsoft Word 2000's word count feature.

Dated:  January 9, 2009    WINTHROP & WEINSTINE, P.A.


By:  s/William A. McNab
    William A. McNab, MN #320924
    David M. Aafedt, MN #27561X

Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402-4629
Tel:  (612) 604-6400
Fax:  (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendant CMI of Kentucky, Inc.*

4254925v1
13956.1