UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>        Plaintiff,<br>v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>        Defendant,<br><br>and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>        Plaintiff-Intervenors | Case No.: 08-CV-603 (DWF/AJB)<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 9th day of January, 2009, I caused:

1. Defendant's Omnibus Response to Briefs Filed by Amici Curiae;
2. Declaration of Jeffrey Schreiber in Support of Defendant's Omnibus Response to Amicus Briefs, with Exhibits 1-3;
3. Affidavit of William A McNab in Support of Defendant's Omnibus Response to Amicus Briefs, with Exhibits 1 through 13; and
4. Rule 7.1 Certificate of Word Count.

to be e-filed with the United States District Court and to be served via CM/ECF upon the

following:

Minnesota Society for Criminal Justice

    Charles A. Ramsay

    Daniel J. Koewler

Emerald A. Gratz

Jeffrey F. Lebowski

John J. Gores

Joshua P. Graham

Marsh J. Halberg

William A. Lemons

Dated: January 9th, 2009  WINTHROP & WEINSTINE, P.A.

By: s/William A. McNab
    William A. McNab, MN #320924
    David M. Aafedt, MN #27561X

    Suite 3500
    225 South Sixth Street
    Minneapolis, Minnesota 55402-4629
    Tel: (612) 604-6400
    Fax: (612) 604-6800
    wmcnab@winthrop.com
    daafedt@winthrop.com

    *Attorneys for Defendant CMI of Kentucky, Inc.*

4253893v1
13956.1