UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                                Plaintiff,

v.

CMI of Kentucky, Inc.,
A Kentucky Corporation,

                                Defendant,

and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen,

                                Plaintiff-Intervenors.

_____

Court File No. 0:08-cv-00603-DWF-AJB

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF-INTERVENORS' REPLY BRIEF**

I, Daniel J. Koewler, certify that Plaintiff-Intervenors Reply Brief complied with Local Rule 7.1(c).

I further certify that in preparation of this document, I used Microsoft Office Word 2002 Version 10.2627.2625, and that this word processing program has been applied successfully to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced document contains 3,125 words.

Dated: January 11, 2009    /s/ Daniel J. Koewler
                           Daniel J. Koewler    ID No. 388460
                           2780 Snelling Avenue, Ste. 330
                           Roseville, Minnesota 55113
                           Telephone: 651-604-0000