UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                                                   Court File No.: 0:08-cv-00603-DWF-AJB

              Plaintiff,

                                          **DECLARATION OF CHARLES A.**
v.                                          **RAMSAY IN SUPPORT OF**
                                          **PLAINTIFF- INTERVENORS**

CMI of Kentucky, Inc.,
a Kentucky Corporation,

              Defendant

  and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen, and Christopher D.
Jacobsen,

              Plaintiff-Intervenors.

_____

STATE OF MINNESOTA  )
                                ) ss.
COUNTY OF RAMSEY    )

      Charles A. Ramsay, being first duly sworn, upon oath, deposes and swears as follows:

      1.     A true and correct copy of the transcript of the Testimony of Glen Hardin, *Quigley v. Comm'r of Pub. Safety*, Sherburne Dist. Ct. File No. 71-CO-07-506, (Nov. 6, 2007) as referenced in Plaintiff-Intevenors' Memorandum is marked as Exhibit 1.

      2.     A true and correct copy of the transcript of the Testimony of Glen Hardin,

*State v. Hunter*, Sherburne County Dist. Court File No. 71-CR-08-715, June 23, 2008 as referenced in Plaintiff-Intevenors' Memorandum is marked as Exhibit 2.

    3.    A true and correct copy of Email correspondence from the Minnesota BCA to CMI Employees, dated Wednesday, September 27, 2006 and April 24, 2007, as referenced in Plaintiff-Intevenors' Memorandum is marked as Exhibit 3.

    4.    A true and correct copy of NHTSA Model Breath Tester Specification is marked as Exhibit 4.

Dated:    January 9, 2009        CHARLES A. RAMSAY & ASSOC., P.L.L.C.

    /s/ Charles A. Ramsay

Charles A. Ramsay, ID No. 260277
2780 Snelling Avenue North
Suite 330
Roseville, MN 55113
Telephone: (651) 604-0000

*Attorney for Plaintiff-Intervenors*