UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                Plaintiff,

v.

CMI of Kentucky, Inc.,
A Kentucky Corporation,

                Defendant,

and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen,

                Plaintiff-Intervenors.

Court File No. 0:08-cv-00603-DWF-AJB

**CERTIFICATE OF SERVICE**

---

I hereby certify that on January 9, 2009 I caused the following documents:

- Plaintiff-Intervenors' Reply Brief to Briefs Filed by Amici Curiae

- Local Rule 7.1(c) Word Count Certificate

- Declaration of Charles A. Ramsay

- Exhbits 1-4 to Plaintiff-Intervenors' Reply Brief to Briefs Filed by Amici Curiae

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**David M Aafedt** daafedt@winthrop.com,charrigan@winthrop.com

**Emerald A Gratz** emerald.gratz@state.mn.us

**Jeffrey F. Lebowski** Jeffrey.lebowski@state.mn.us

**Jessica Slattery Karich** jkarich@winthrop.com, gnettleton@winthrop.com

**William A McNab** wmcnab@winthrop.com, kcolon@winthrop.com

**Minnesota Society for Criminal Justice** mhalberg@halbergdefense.com

**Marsh J. Halberg** mhalberg@halbergdefense.com, tanderson@halbergdefense.com


RAMSAY & ASSOCIATES, P.L.L.C.

Dated: January 11, 2009        /s/ Charles A. Ramsay
                                Charles A. Ramsay   ID No. 260277
                                2780 Snelling Avenue, Ste. 330
                                Roseville, Minnesota 55113
                                Telephone: 651-604-0000


Dated: January 11, 2009        /s/ Daniel J. Koewler
                                Daniel J. Koewler    ID No. 388460
                                2780 Snelling Avenue, Ste. 330
                                Roseville, Minnesota 55113
                                Telephone: 651-604-0000


                                GORES LAW OFFICE

Dated: January 11, 2009        /s/ John J. Gores
                                John J. Gores       ID No. 228928
                                7091 Highway 65 NE, Suite 201
                                Fridley, Minnesota 55432

763-571-4777

*Attorneys for Plaintiff- Intervenors*