# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| State of Minnesota, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Donovan W. Frank |
| | U.S. District Judge |
| v. | Case No: 08-603 DWF/AJB |
| | Date: January 14, 2008 |
| CMI of Kentucky, Inc., | Deputy: Gina Olsen |
| | Court Reporter: Jeanne Anderson |
| Defendant. | Time Commenced: 1:30 PM |
| | Time Concluded: 4:00 PM |
| | Time in Court: 2 Hours & 30 Minutes |

Hearing on: **34 Joint MOTION to Approve Consent Judgment AND PERMANENT INJUNCTION by Minnesota, State of, CMI of Kentucky, Inc.**

APPEARANCES:

   Plaintiff:    Emerald Gratz, Jeffrey Lebowski, and Al Gilbert
   Defendant:    David Aafedt, and William McNab
   Intervenor:   Charls Ramsay, Daniel Koewler, and John Gores
   Amicus:       Marsh Halberg, Jeffrey Sheridan, Joshua Graham, and William Lemons

PROCEEDINGS:

   ☐ Plaintiff's Witnesses:
   ☐ Plaintiff' Exhibits:
   ☐ Defendant's Witnesses:
   ☐ Defendant's Exhibits:

**IT IS ORDERED:

   ☒ **Submitted**          ☐ **Sustained**          ☐ **Overruled**
   ☐ Brief time set:
   ☒ Written order forthcoming.

s/Gina Olsen<br>Calendar Clerk

M:\templates\cv-motion - Art III.wpt                                                           Form Modified: 2/12/04