

January 20, 2009

The Honorable Donovan W. Frank
United States District Court
724 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re: *State of Minnesota v. CMI*
File No. 08-CV-603 (DWF/AJB)

Dear Judge Frank,

I have electronically filed a copy of this letter, the attached affidavit, and the attached article on the ECF system on behalf of *Amicus Curiae* Minnesota Society for Criminal Justice. As such, all parties and *Amici* have been electronically served. I am enclosing two courtesy copies of these documents for your perusal.

Should you have any questions I may be reached at (952) 224-4848.

Respectfully,

**Minnesota Society for Criminal Justice**

/s/ Marsh J. Halberg
Marsh J. Halberg

cc: All parties and *Amici* (via ECF)

TINA APPLEBY ▪ MARSH HALBERG ▪ DOUGLAS HAZELTON ▪ ERIC NELSON ▪ BRENT SCHAFER

Firm: 612-DEFENSE (333-3673) • Fax: 952-224-4840 • Northland Plaza • 3800 American Blvd W • Ste 1590 • Bloomington • MN • 55431
www.halbergdefense.com