UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

Court File No. 0:08-cv-00603-DWF-AJB

Plaintiff,

v.

CMI of Kentucky, Inc.,
A Kentucky Corporation,

**DECLARATION OF DANIEL J. KOEWLER IN SUPPORT OF INTERVENORS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D. Jacobsen,

Plaintiff-Intervenors

_____

STATE OF MINNESOTA )
                              ) SS
COUNTY OF RAMSEY )

Daniel J. Koewler, being duly sworn on oath, states and alleges as follows:

1. I am the attorney representing the Plaintiff-Intervenors in this matter and offer this Declaration in support of Plaintiff-Intervenor Christopher D. Jacobsen's Opposition Response to Defendant CMI's Motion to Dismiss.

2. A true and correct copy of the State of Minnesota Request for Proposal, Titled "Evidentiary Breath Alcohol Test Instruments," in this matter is marked as **Ex. 1.**

3. A true and correct copy of CMI, Inc.'s October 25, 2006 Transmittal Letter in response to the State of Minnesota's Request for Proposal is marked as **Ex. 2.**

4. A true and correct copy of CMI, Inc.'s signed Proposal in Response to the State of Minnesota's Request for Proposal in this matter is marked as **Ex. 3.**

5. A true and correct copy of the State of Minnesota Notification of Contract Award is marked as **Ex. 4.**

6. A true and correct copy of written amendments to the contract between CMI, Inc. and the State of Minnesota that have been revealed to Plaintiff-Intervenors so far is marked as **Ex. 5.**

                RAMSAY & ASSOCIATES, P.L.L.C.

Dated: February 6, 2009      /s/ Daniel J. Koewler
                Daniel J. Koewler ID No. 388460
                2780 Snelling Avenue North, #330
                Roseville, Minnesota 55113
                651-604-0000