UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                    Plaintiff,

v.

CMI of Kentucky, Inc.,
A Kentucky Corporation,

                    Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D. Jacobsen

                  Plaintiff-Intervenors

_____

Court File No. 0:08-cv-00603-DWF-AJB

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING INTERVENOR'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

I, Daniel J. Koewler, certify that Intervenors' Response to Defendant's Motion to Dismiss complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Office Word 2003 Version 11.8169.8172 SP3, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 4,531 words.

                    RAMSAY & ASSOCIATES, P.L.L.C.

Dated: February 6, 2009        /s/ Daniel J. Koewler
                                      Daniel J. Koewler    ID No. 388460
                                      2780 Snelling Avenue North, #330
                                      Roseville, Minnesota 55113
                                      651-604-0000
                                      *Attorney for Applicants*