UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                    Plaintiff,

v.

CMI of Kentucky, Inc.,
A Kentucky Corporation,

                    Defendant

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

                  Plaintiff-Intervenors

_____

Court File No. 0:08-cv-00603-DWF-AJB

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2009 I caused the following documents:

- Intervenors' Memorandum of Law in Opposition to Defendant's Motion to Dismiss,

- Declaration of Daniel J. Koewler in Support of Intervenors' Response in Opposition to Defendant's Motion to Dismiss,

- Exhibits 1-5

- LR 7.1(c) Word Count Compliance Certificate Regarding Applicants' Memorandum in Support of Motion Requesting an Evidentiary Hearing

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Minnesota Society for Criminal Justice**    mhalberg@halbergdefense.com

**David M Aafedt**    daafedt@winthrop.com, charrigan@winthrop.com

**Emerald A Gratz**    emerald.gratz@state.mn.us

**Jeffrey F Lebowski**    jeffrey.lebowski@state.mn.us

**Jessica Slattery Karich**    jkarich@winthrop.com, gnettleton@winthrop.com

**Joshua P Graham**    jgraham@merchantgould.com, cnystrom@merchantgould.com

**Marsh J Halberg**    mhalberg@halbergdefense.com, tanderson@halbergdefense.com

**William A Lemons**    blemons@mcaa-mn.org

**William A McNab**    wmcnab@winthrop.com, lmagiera@winthrop.com

I further certify that I cause the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

**The Honorable Donovan W Frank frank_chambers@mnd.uscourts.gov**

And I certify that I caused a copy of the proposed order to be e-mailed to the following:

**David M Aafedt daafedt@winthrop.com,charrigan@winthrop.com**
**Jessica Slattery Karich jkarich@winthrop.com,gnettleton@winthrop.com**
**William A McNab wmcnab@winthrop.com,kcolon@winthrop.com**

                                              RAMSAY & ASSOCIATES, P.L.L.C.

Dated: February 6, 2009        /s/ Daniel J. Koewler
                                            Daniel J. Koewler   ID No. 388460
                                            2780 Snelling Avenue North, #330
                                            Roseville, Minnesota 55113
                                            651-604-0000

                                            *Attorney for Applicants*