# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

State of Minnesota,                         Case No.: 08-CV-603 (DWF/AJB)
by Michael Campion, its
Commissioner of Public Safety,

               Plaintiff,

  v.

CMI of Kentucky, Inc.,                      **LR 7.1(c) WORD COUNT**
a Kentucky corporation,                     **COMPLIANCE CERTIFICATE**
                                            **REGARDING DEFENDANT'S REPLY**
               Defendant,    **MEMORANDUM OF LAW IN**
                                            **SUPPORT OF MOTION TO DISMISS**
  and                                 **PLAINTIFF-INTERVENOR**
                                            **JACOBSEN**
Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen, and Christopher D.
Jacobsen,

            Plaintiff-Intervenors

The undersigned hereby certifies that in accordance with Local Rule 7.1(e), Defendant's Reply Memorandum of Law was prepared in 13-point font, and in accordance with Local Rule 7.1(c), contains 4,964 words, including headings, footnotes, and quotations, according to Microsoft Word 2000's word count feature. When combined with Defendant's Memorandum of Law in Support of Motion to Dismiss, which contained 4,272 words, Defendant's total word count for this motion is 9,236 words, in compliance with the total word count requirement of Local Rule 7.1(c).

Dated:  February 16, 2009               WINTHROP & WEINSTINE, P.A.


                                        By:   s/David M. Aafedt
                                              William A. McNab, MN #320924
                                              David M. Aafedt, MN #27561X

                                        Suite 3500
                                        225 South Sixth Street
                                        Minneapolis, Minnesota 55402-4629
                                        Tel:  (612) 604-6400
                                        Fax:  (612) 604-6800
                                        wmcnab@winthrop.com
                                        daafedt@winthrop.com

                                        *Attorneys for Defendant CMI of*
                                        *Kentucky, Inc.*

4315276v1
13956.1