UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>　　　　　Defendant,<br><br>　and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>　　　　　Plaintiff-Intervenors | Case No.: 08-CV-603 (DWF/AJB)<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 16th day of February, 2009, I caused:

1. Defendant's Reply Memorandum of Law in Support of Motion to Dismiss the Complaint in Intervention of Plaintiff-Intervenor Christopher D. Jacobsen;
2. Affidavit of David M. Aafedt in Support of Defendant's Motion to Dismiss Plaintiff-Intervenor Jacobsen;
3. Rule 7.1 Certificate of Word Count; and
4. Certificate of Service.

to be e-filed with the United States District Court and to be served via CM/ECF upon the

following:

　　　Minnesota Society for Criminal Justice

　　　Charles A. Ramsay

　　　Daniel J. Koewler

Emerald A. Gratz

Jeffrey F. Lebowski

John J. Gores

Joshua P. Graham

Marsh J. Halberg

William A. Lemons

Dated: February 16th, 2009     WINTHROP & WEINSTINE, P.A.


By:  s/David M. Aafedt
     William A. McNab, MN #320924
     David M. Aafedt, MN #27561X

     Suite 3500
     225 South Sixth Street
     Minneapolis, Minnesota 55402-4629
     Tel: (612) 604-6400
     Fax: (612) 604-6800
     wmcnab@winthrop.com
     daafedt@winthrop.com

     *Attorneys for Defendant CMI of Kentucky, Inc.*

4319867v1
13956.1