# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>    Plaintiff,<br><br>  and<br><br>Robert J. Bergstrom, Craig A.<br>Zenobian, Shane M. Steffensen, and<br>Christopher D. Jacobsen,<br><br>    Plaintiffs-Intervenors,<br><br>  vs.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>    Defendant. | File No. CV-08-603 (DWF/AJB)<br><br><br><br><br><br>**NOTICE OF MOTION**<br>**FOR AMENDED**<br>**SCHEDULING ORDER** |

TO: PLAINTIFF-INTERVENORS Robert Bergstrom, Craig Zenobian, Shane Steffensen, Christopher Jacobsen, and their attorneys, John Gores of GORES LAW OFFICE, 7091 Highway 65 N.E., Suite 201, Fridley, Minnesota, and Charles A. Ramsay and Daniel J. Koewler of RAMSAY & ASSOCIATES, 2780 Snelling Avenue North, Suite 330, Roseville, Minnesota; and Defendant CMI of Kentucky, Inc., and its attorneys, William A. McNab and David M. Aafedt of WINTHROP & WEINSTINE, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, Minnesota.

Please take notice that on March 4, 2009, at 8:30 a.m., at the Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before the Honorable Arthur J. Boylan, Magistrate Judge, Plaintiff State of Minnesota will move the Court for an order amending and modifying the current Scheduling Order,

dated May 20, 2008. This request is made pursuant to Minn. Local Rule 16.3, and based upon the file, all records, pleadings, and the attached motion with proposed modifications.

Dated: February 27, 2009

Respectfully submitted,

LORI SWANSON
Attorney General
State of Minnesota

s/ **Emerald Gratz**

Emerald Gratz
Assistant Attorney General
Atty. Reg. No. 0345829

445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
Telephone: (651) 296-2281
Fax: (651) 297-4077
emerald.gratz@state.mn.us

**ATTORNEY FOR
STATE OF MINNESOTA**

AG: #2396460-v1