# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by Michael Campion, its Commissioner of Public Safety, | Civil File No. 08-603 DWF/AJB |
| Plaintiff, | |
| and | |
| Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen, | **CERTIFICATE OF SERVICE** |
| Plaintiffs-Intervenors, | |
| vs. | |
| CMI of Kentucky, Inc., a Kentucky corporation, | |
| Defendant. | |

I hereby certify that on February 27, 2009, I caused Plaintiff's Notice of Motion for Amended Scheduling Order and Motion for Amended Scheduling Order to be filed electronically with the Clerk of Court through ECF, and that ECF sent an e-mail notice of the electronic filing to the following:

- **David M Aafedt**
  daafedt@winthrop.com, charrigan@winthrop.com

- **John J Gores**
  gojnj@msn.com, gojnj@comcast.net

- **Emerald A Gratz**
  emerald.gratz@state.mn.us

- **Jessica Slattery Karich**
  jkarich@winthrop.com, gnettleton@winthrop.com

- **Daniel J Koewler**
  dan@ramsayresults.com, charles@ramsayresults.com, kim@ramsayresults.com

- **Jeffrey F Lebowski**
  jeffrey.lebowski@state.mn.us

- **William A McNab**
  wmcnab@winthrop.com, lmagiera@winthrop.com

- **Charles A Ramsay**
  charles@ramsayresults.com, dan@ramsayresults.com, kimberly@ramsayresults.com, shelley@ramsayresults.com

Dated: February 27, 2009

Respectfully submitted,

LORI SWANSON
Attorney General
State of Minnesota

s/ **Emerald Gratz**

Emerald Gratz
Assistant Attorney General
Atty. Reg. No. 0345829

445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
Telephone: (651) 296-2281
Fax: (651) 297-4077
emerald.gratz@state.mn.us

**ATTORNEY FOR
STATE OF MINNESOTA**

AG: #2396088-v2