UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>　　　　　　Defendant,<br><br>　and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>　　　　　　Plaintiff-Intervenors. | File No. 08-CV-603 (DWF/AJB)<br><br><br><br><br><br>**DEFENDANT'S MOTION FOR<br>PARTIAL SUMMARY JUDGMENT<br>OR, IN THE ALTERNATIVE, FOR<br>JUDGMENT ON THE PLEADINGS** |

Defendant CMI of Kentucky, Inc. respectfully moves this Court for Partial Summary Judgment or, in the alternative, for Judgment on the Pleadings, in favor of Defendant on Counts II, III and IV of the State's Complaint, Count I of Plaintiff-Intervenors' Complaint-in-Intervention, and for Summary Judgment on Count II of Defendant's Counterclaim.  This motion is based upon the file, record, pleadings in the case, arguments of counsel, and the memoranda of law to be filed in the ordinary course.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: February 27, 2009 | WINTHROP & WEINSTINE, P.A. |
|  | s/William A. McNab<br>David M. Aafedt, MN #27561X<br>William A. McNab, MN #312071 |
|  | WINTHROP & WEINSTINE, P.A.<br>225 South Sixth Street, Ste. 3500<br>Minneapolis, Minnesota 55402-4629<br>Tel: (612) 604-6400<br>Fax: (612) 604-6800<br>daafedt@winthrop.com<br>wmcnab@winthrop.com |
|  | ATTORNEYS FOR DEFENDANT<br>CMI OF KENTUCKY, INC. |

4341664v1