UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>　　　　　Defendant,<br><br>　and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D. Jacobsen,<br><br>　　　　　Plaintiff-Intervenors | Case No.: 08-CV-603 (DWF/AJB)<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that on the 27th day of February, 2009, I caused:

1.　Defendant's Motion for Partial Summary Judgment or, in the Alternative, for Judgment on the Pleadings;
2.　Notice of Defendant's Motion for Partial Summary Judgment or, in the Alternative, for Judgment on the Pleadings; and
3.　Certificate of Service.

to be e-filed with the United States District Court and to be served via CM/ECF upon the

following:

　　　　Minnesota Society for Criminal Justice

　　　　Charles A. Ramsay

　　　　Daniel J. Koewler

　　　　Emerald A. Gratz

Jeffrey F. Lebowski

John J. Gores

Joshua P. Graham

Marsh J. Halberg

William A. Lemons

Dated: February 27th, 2009				WINTHROP & WEINSTINE, P.A.


							By:	s/William A. McNab
								William A. McNab, MN #320924
								David M. Aafedt, MN #27561X

								Suite 3500
								225 South Sixth Street
								Minneapolis, Minnesota 55402-4629
								Tel: (612) 604-6400
								Fax: (612) 604-6800
								wmcnab@winthrop.com
								daafedt@winthrop.com

								*Attorneys for Defendant CMI of Kentucky, Inc.*

4341707v1
13956.1