# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| State of Minnesota, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Donovan W. Frank |
| | U.S. District Judge |
| v. | Case No: 08-603 DWF/AJB |
| | Date: 2/27/09 |
| CMI of Kentucky, Inc., | Deputy: Gina Olsen |
| | Court Reporter: Jeanne Anderson |
| Defendant. | Time Commenced: 8:30 AM |
| | Time Concluded: 10:30 AM |
| | Time in Court: 2 Hours |

**Hearing on:** **62 MOTION to Dismiss Complaint in Intervention of Plaintiff-Intervenor Christopher D. Jacobsen by CMI of Kentucky, Inc.**

APPEARANCES:

　　Plaintiff:　　Emerald Gratz
　　Plaintiff Intervenor:　　John Gores and Danile Koewler
　　Defendant:　　David Aafedt and William McNab

PROCEEDINGS:

　　☐ Plaintiff's Witnesses:
　　☐ Plaintiff' Exhibits:
　　☐ Defendant's Witnesses:
　　☐ Defendant's Exhibits:

**IT IS ORDERED:

　　☒ **Submitted**　　☐ **Sustained**　　☐ **Overruled**
　　☐ Brief time set:
　　☒ Written order forthcoming.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Gina Olsen
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Calendar Clerk