UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STATE OF MINNESOTA,

    Plaintiff,

v.

CHRISTOPHER D. JACOBSEN, ET AL.,

    Intervenor Plaintiffs,

v.

CMI OF KENTUCKY, INC.,

    Defendant.

Case No. 08-603 DWF/AJB

NOTICE OF
STATUS CONFERENCE

You are hereby given notice that an in-person status conference in the above captioned matter will be held on March 4, 2009, at **8:00 a.m.**, in Chambers 334, United States Courthouse, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: February 27, 2009

                s/ Arthur J. Boylan
              ARTHUR J. BOYLAN
              United States Magistrate Judge