# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

State of Minnesota,

            Plaintiff,

v.

CMI of Kentucky, Inc.,

            Defendant.

**COURT MINUTES**
Case Number: 08-603 DWF/AJB

| | |
|---|---|
| Date: | 3/4/09 |
| Time Commenced: | 8:00 a.m. |
| Time Concluded: | 9:20 ap.m. |
| Time in Court: | 1 Hour & 20 Minutes |

Status Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

Settlement Conference to be held, an order will be issued.

                                                                       s/ Kathy Thobe
                                                                       Judicial Assistant