# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by Michael Campion, its Commissioner of Public Safety, | Civil File No. 08-603 DWF/AJB |
| Plaintiff, and | |
| Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen, | **NOTICE OF WITHDRAWAL** |
| Plaintiffs-Intervenors, vs. | |
| CMI of Kentucky, Inc., a Kentucky corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that Jeffrey F. Lebowski hereby withdraws as counsel for Plaintiff in the above-captioned case.

Dated: March 10, 2009.　　　　　　　　　　Respectfully submitted,

LORI SWANSON
Attorney General
State of Minnesota

s/ **Emerald Gratz**
Emerald Gratz
Assistant Attorney General
Atty. Reg. No. 0345829

445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
Telephone: (651) 296-2281
Fax: (651) 297-4077
emerald.gratz@state.mn.us

**ATTORNEY FOR
STATE OF MINNESOTA**

AG: #2403374-v1