# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by Michael Campion, its Commissioner of Public Safety, | Civil File No. 08-603 DWF/AJB |
|        Plaintiff,<br>and | |
| Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen, | **NOTICE OF APPEARANCE** |
|        Plaintiffs-Intervenors,<br>vs. | |
| CMI of Kentucky, Inc.,<br>a Kentucky corporation, | |
|        Defendant. | |

TO: The Court and All Counsel of Record.

PLEASE TAKE NOTICE that the party named below hereby joins as co-counsel for the State of Minnesota, Plaintiff herein.

Dated: March 10, 2009.                    Respectfully submitted,

                                          LORI SWANSON
                                          Attorney General
                                          State of Minnesota

                                          s/ **Alan I. Gilbert**
                                          Alan I. Gilbert
                                          Solicitor General
                                          Atty. Reg. No. 0034678

                                          445 Minnesota Street, Suite 1100
                                          St. Paul, Minnesota 55101-2128
                                          Telephone: (651) 296-9717
                                          Fax: (651) 282-5832
                                          al.gilbert@state.mn.us

                                          **ATTORNEYS FOR THE
                                          STATE OF MINNESOTA**

AG: #2403526-v1