# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

State of Minnesota,
by Michael Campion, its
Commissioner of Public Safety,

      Plaintiff,

  and

Robert J. Bergstrom, Craig A.
Zenobian, Shane M. Steffensen, and
Christopher D. Jacobsen,

      Plaintiffs-Intervenors,

vs.

CMI of Kentucky, Inc.,
a Kentucky corporation,

      Defendant.

File No. CV-08-603 (DWF/AJB)

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND A PERMANENT INJUNCTION, OR IN THE ALTERNATIVE FOR A PRELIMINARY INJUNCTION**

Plaintiff State of Minnesota moves the Court for partial summary judgment and a permanent injunction, or in the alternative for a preliminary injunction, with respect to Counts III and IV of the Complaint. This motion is made pursuant to Federal Rules of Civil Procedure 56 and 65, and is based upon the files, records, pleadings in the case, arguments of counsel, and the memoranda of law to be filed in accordance with the Amended Pretrial Scheduling Order dated March 5, 2009.

Dated: March 13, 2009                    Respectfully submitted,

                                         LORI SWANSON
                                         Attorney General
                                         State of Minnesota

                                         s/ **Emerald Gratz**
                                         Alan I. Gilbert
                                         Solicitor General
                                         Atty. Reg. No. 0034678

                                         Emerald Gratz
                                         Assistant Attorney General
                                         Atty. Reg. No. 0345829
                                         445 Minnesota Street, Suite 1800
                                         St. Paul, Minnesota 55101-2134
                                         Telephone: (651) 296-2281
                                         Fax: (651) 297-4077
                                         emerald.gratz@state.mn.us

                                         ATTORNEYS FOR PLAINTIFF
                                         STATE OF MINNESOTA

AG: #2404793-v1