# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, <br> by Michael Campion, its <br> Commissioner of Public Safety, | File No. CV-08-603 (DWF/AJB) |
| Plaintiff, | |
| and | |
| Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen, | **NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND A PERMANENT INJUNCTION, OR IN THE ALTERNATIVE FOR A PRELIMINARY INJUNCTION** |
| Plaintiffs-Intervenors, | |
| vs. | |
| CMI of Kentucky, Inc., <br> a Kentucky corporation, | |
| Defendant. | |

TO: PLAINTIFF-INTERVENORS Robert Bergstrom, Craig Zenobian, Shane Steffensen, Christopher Jacobsen, and their attorneys, John Gores of GORES LAW OFFICE, 7091 Highway 65 N.E., Suite 201, Fridley, Minnesota, and Charles A. Ramsay and Daniel J. Koewler of RAMSAY & ASSOCIATES, 2780 Snelling Avenue North, Suite 330, Roseville, Minnesota; and DEFENDANT CMI of Kentucky, Inc., and its attorneys, William A. McNab and David M. Aafedt of WINTHROP & WEINSTINE, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, Minnesota.

PLEASE TAKE NOTICE that on June 4, 2009, at 9:00 a.m., in Courtroom 7C at the Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before the Honorable Donavan W. Frank, Judge of District Court, a hearing will be held for Plaintiff State of Minnesota's motion for partial summary judgment and a permanent injunction, or in the alternative for a preliminary injunction,

with respect to Counts III and IV of the Complaint. Plaintiff's motion is based upon the files, records, pleadings in the case, arguments of counsel, and the memoranda of law to be filed in accordance with the Amended Pretrial Scheduling Order dated March 5, 2009.

Dated: March 13, 2009

Respectfully submitted,

LORI SWANSON
Attorney General
State of Minnesota

s/ **Emerald Gratz**

Alan I. Gilbert
Solicitor General
Atty. Reg. No. 0034678

Emerald Gratz
Assistant Attorney General
Atty. Reg. No. 0345829
445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
Telephone: (651) 296-2281
Fax: (651) 297-4077
emerald.gratz@state.mn.us

ATTORNEYS FOR PLAINTIFF
STATE OF MINNESOTA

AG: #2404790-v1