# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion,<br>its Commissioner of Public Safety, | Civil File No. 08-603 DWF/AJB |
| Plaintiff, | |
| and | |
| Robert J. Bergstrom, Craig A.<br>Zenobian, Shane M. Steffensen, and<br>Christopher D. Jacobsen, | **CERTIFICATE OF SERVICE** |
| Plaintiffs-Intervenors, | |
| vs. | |
| CMI of Kentucky, Inc.,<br>a Kentucky corporation, | |
| Defendant. | |

I hereby certify that on March 13, 2009, I caused the following documents:

> Motion for Partial Summary Judgment and a Permanent Injunction, or in the Alternative for a Preliminary Injunction; and
>
> Notice of Hearing on Plaintiff's Motion for Partial Summary Judgment and a Permanent Injunction, or in the Alternative For A Preliminary Injunction,

to be filed electronically with the Clerk of Court through ECF, and that ECF sent an

e-mail notice of the electronic filing to the following:

- **David M Aafedt**
  daafedt@winthrop.com, charrigan@winthrop.com

- **Alan I Gilbert**
  al.gilbert@state.mn.us

- **John J Gores**
  gojnj@msn.com, gojnj@comcast.net

- **Emerald A Gratz**
  emerald.gratz@state.mn.us

- **Jessica Slattery Karich**
  jkarich@winthrop.com, gnettleton@winthrop.com

- **Daniel J Koewler**
  dan@ramsayresults.com, charles@ramsayresults.com, kim@ramsayresults.com

- **William A McNab**
  wmcnab@winthrop.com, lmagiera@winthrop.com

- **Charles A Ramsay**
  charles@ramsayresults.com, dan@ramsayresults.com, kimberly@ramsayresults.com, shelley@ramsayresults.com

Dated: March 13, 2009

Respectfully submitted,

LORI SWANSON
Attorney General
State of Minnesota

s/ **Emerald Gratz**
Emerald Gratz
Assistant Attorney General
Atty. Reg. No. 0345829

445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
Telephone: (651) 296-2281
Fax: (651) 297-4077
emerald.gratz@state.mn.us

AG: #2405492-v1