

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

**LORI SWANSON**
ATTORNEY GENERAL

SUITE 1100
445 MINNESOTA STREET
ST. PAUL, MN 55101-2128
TELEPHONE: (651) 282-5700

March 26, 2009

Honorable Donovan W. Frank
United States District Court
724 Federal Building
316 N. Robert Street
St. Paul, MN 55101

    Re:    State of Minnesota, by Michael Campion, its Commissioner of Public Safety v. CMI of Kentucky, Inc. and Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen and Christopher D. Jacobsen
          U.S.D.C. File No. 08-CV-603 (DWF/AJB)

Dear Judge Frank:

    We are writing regarding the pending cross-motions of the State and CMI for partial summary judgment in this case. (A copy of the parties' cross-motions are attached for the Court's reference.) (Docket 104 and 115.) In accordance with the Court's scheduling order, the first briefing of these motions will be filed with the Court on April 17, 2009 and will be completed on May 29, 2009. Oral argument on the motions is scheduled for June 4, 2009.

    As the Court is aware, the issues pertinent to the cross-motions substantially overlap with issues raised in CMI's pending motion to dismiss the claim of Intervenor Jacobsen. The motion regarding Intervenor Jacobsen is currently under advisement by the Court.

    In light of the substantial overlap of issues between the cross-motions and the motion regarding Intervenor Jacobsen, the State requests that the Court defer decision on the motion regarding Intervenor Jacobsen until the State has the opportunity to brief the overlapping issues in its motion. The State has discussed this request with counsel for Intervenor Jacobsen and CMI. Counsel for Intervenor Jacobsen has no objection to the State's request. CMI is consulting with its client regarding the State's request and we trust will advise the Court of its position in response to this letter.

    The State is certainly agreeable to expediting the briefing of the cross-motions if the Court so desires. In addition, if the Court deems it appropriate, the State would be happy to

TTY: (651) 296-1410 • Toll Free Lines: (800) 657-3787 (Voice), (800) 366-4812 (TTY) • www.ag.state.mn.us
An Equal Opportunity Employer Who Values Diversity       Printed on 50% recycled paper (15% post consumer content)

Dockets.Justia.com

participate in a telephone or in-person conference to discuss the State's request.

Very truly yours,

Alan I. Gilbert
Solicitor General
Atty. Reg. No. 0034678

Emerald Gratz
Assistant Attorney General
Atty. Reg. No. 0345829

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
Telephone: (651) 296-9717
Fax: (651) 282-5832

Enclosures

cc: William A. McNab
John Gores
Magistrate Judge Arthur J. Boylan

AG: #2412462-v1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>        Plaintiff,<br><br>v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>        Defendant,<br><br>and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>        Plaintiff-Intervenors. | File No. 08-CV-603 (DWF/AJB)<br><br><br><br><br><br><br>**DEFENDANT'S MOTION FOR**<br>**PARTIAL SUMMARY JUDGMENT**<br>**OR, IN THE ALTERNATIVE, FOR**<br>**JUDGMENT ON THE PLEADINGS** |

Defendant CMI of Kentucky, Inc. respectfully moves this Court for Partial Summary Judgment or, in the alternative, for Judgment on the Pleadings, in favor of Defendant on Counts II, III and IV of the State's Complaint, Count I of Plaintiff-Intervenors' Complaint-in-Intervention, and for Summary Judgment on Count II of Defendant's Counterclaim. This motion is based upon the file, record, pleadings in the case, arguments of counsel, and the memoranda of law to be filed in the ordinary course.

Respectfully Submitted,

Dated: February 27, 2009

WINTHROP & WEINSTINE, P.A.

 s/William A. McNab
David M. Aafedt, MN #27561X
William A. McNab, MN #312071

WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Ste. 3500
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
daafedt@winthrop.com
wmcnab@winthrop.com

ATTORNEYS FOR DEFENDANT
CMI OF KENTUCKY, INC.

4341664v1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>　　　　Plaintiff,<br><br>　　and<br><br>Robert J. Bergstrom, Craig A.<br>Zenobian, Shane M. Steffensen, and<br>Christopher D. Jacobsen,<br><br>　　　　Plaintiffs-Intervenors,<br><br>　　vs.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>　　　　Defendant. | File No. CV-08-603 (DWF/AJB)<br><br><br><br><br><br><br>**PLAINTIFF'S MOTION FOR<br>PARTIAL SUMMARY JUDGMENT<br>AND A PERMANENT INJUNCTION,<br>OR IN THE ALTERNATIVE<br>FOR A PRELIMINARY INJUNCTION** |

Plaintiff State of Minnesota moves the Court for partial summary judgment and a permanent injunction, or in the alternative for a preliminary injunction, with respect to Counts III and IV of the Complaint. This motion is made pursuant to Federal Rules of Civil Procedure 56 and 65, and is based upon the files, records, pleadings in the case, arguments of counsel, and the memoranda of law to be filed in accordance with the Amended Pretrial Scheduling Order dated March 5, 2009.

Dated: March 13, 2009                    Respectfully submitted,

                                        LORI SWANSON
                                        Attorney General
                                        State of Minnesota

                                        **s/ Emerald Gratz**
                                        Alan I. Gilbert
                                        Solicitor General
                                        Atty. Reg. No. 0034678

                                        Emerald Gratz
                                        Assistant Attorney General
                                        Atty. Reg. No. 0345829
                                        445 Minnesota Street, Suite 1800
                                        St. Paul, Minnesota 55101-2134
                                        Telephone: (651) 296-2281
                                        Fax: (651) 297-4077
                                        emerald.gratz@state.mn.us

                                        ATTORNEYS FOR PLAINTIFF
                                        STATE OF MINNESOTA

AG: #2404793-v1