UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>    Plaintiff,<br> v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>    Defendant,<br><br> and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>    Plaintiff-Intervenors | Case No.: 08-CV-603 (DWF/AJB)<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on the 26th day of March, 2009, I caused:

  1. Letter to The Honorable Donovan W. Frank; and
  2. Certificate of Service

to be e-filed with the United States District Court and to be served via CM/ECF upon the

following:

  Minnesota Society for Criminal Justice

  Charles A. Ramsay

  Daniel J. Koewler

  Emerald A. Gratz

  Alan Gilbert, Esq.

Jeffrey F. Lebowski

John J. Gores

Joshua P. Graham

Marsh J. Halberg

William A. Lemons

Dated: March 26th, 2009          WINTHROP & WEINSTINE, P.A.


By:  s/William A. McNab
     William A. McNab, MN #320924
     David M. Aafedt, MN #27561X

Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendant CMI of Kentucky, Inc.*

4404146v1
13956.1