UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by Michael Campion, its Commissioner of Public Safety, | File No. CV-08-603 (DWF/AJB) |
| Plaintiff, | |
| and | |
| Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen, | **PLAINTIFF'S AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT AND AN ORDER FOR SPECIFIC PERFORMANCE OR PERMANENT INJUNCTION, OR IN THE ALTERNATIVE FOR A PRELIMINARY INJUNCTION** |
| Plaintiffs-Intervenors, | |
| vs. | |
| CMI of Kentucky, Inc., a Kentucky corporation, | |
| Defendant. | |

Plaintiff State of Minnesota moves the Court for partial summary judgment and an order for specific performance or

permanent injunction, or in the alternative for a preliminary injunction, with respect to Counts III and IV of the Complaint. This amended motion is made pursuant to Federal Rules of Civil Procedure 56 and 65, and is based upon the files, records, pleadings in the case, arguments of counsel, and the memoranda of law, affidavits, and proposed order to be filed in accordance with the Amended Pretrial Scheduling Order dated March 5, 2009.

Dated: April 2, 2009

                                        LORI SWANSON
Attorney General
State of Minnesota

s**/ Alan I. Gilbert**

Alan I. Gilbert
Solicitor General
Atty. Reg. No. 0034678
al.gilbert@state.mn.us

Emerald Gratz
Assistant Attorney General
Atty. Reg. No. 0345829
emerald.gratz@state.mn.us

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
Telephone: (651) 296-9717
Fax: (651) 282-5832

Attorneys for Plaintiff State of Minnesota

AG: #2416276-v1