UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>      Plaintiff,<br><br>and<br><br>Robert J. Bergstrom, Craig A.<br>Zenobian, Shane M. Steffensen, and<br>Christopher D. Jacobsen,<br><br>      Plaintiffs-Intervenors,<br><br>vs.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>      Defendant. | File No. CV-08-603 (DWF/AJB)<br><br><br><br><br><br>**AMENDED NOTICE OF HEARING<br>ON PLAINTIFF'S MOTION FOR<br>PARTIAL SUMMARY JUDGMENT<br>AND AN ORDER FOR SPECIFIC<br>PERFORMANCE OR PERMANENT<br>INJUNCTION, OR IN THE<br>ALTERNATIVE FOR A<br>PRELIMINARY INJUNCTION** |

TO: Plaintiff-Intervenors Robert Bergstrom, Craig Zenobian, Shane Steffensen, Christopher Jacobsen, and their attorneys, John Gores of Gores Law Office, 7091 Highway 65 N.E., Suite 201, Fridley, Minnesota, and Charles A. Ramsay and Daniel J. Koewler of Ramsay & Associates, 2780 Snelling Avenue North, Suite 330, Roseville, Minnesota; and Defendant CMI of Kentucky, Inc., and its attorneys, William A. McNab and David M. Aafedt of Winthrop & Weinstine, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, Minnesota.

PLEASE TAKE NOTICE that on June 4, 2009, at 9:00 a.m., in Courtroom 7C at the Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before the Honorable Donavan W. Frank, Judge of District Court, a hearing will be held for Plaintiff State of Minnesota's amended motion for partial summary judgment and an order for specific performance or permanent injunction, or in

the alternative for a preliminary injunction, with respect to Counts III and IV of the Complaint. Plaintiff's amended motion is based upon the files, records, pleadings in the case, arguments of counsel, and the memoranda of law to be filed in accordance with the Amended Pretrial Scheduling Order dated March 5, 2009.

Dated: April 2, 2009

LORI SWANSON
Attorney General
State of Minnesota

s/ **Alan I. Gilbert**
Alan I. Gilbert
Solicitor General
Atty. Reg. No. 0034678
al.gilbert@state.mn.us

Emerald Gratz
Assistant Attorney General
Atty. Reg. No. 0345829
emerald.gratz@state.mn.us

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
Telephone: (651) 296-9717
Fax: (651) 282-5832

Attorneys for Plaintiff State of Minnesota

AG: #2416267-v1