# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

State of Minnesota,

        Plaintiff,

v.

CMI of Kentucky, Inc.,

        Defendant.

**COURT MINUTES**
Case Number: 08-603 DWF/AJB

| | |
|---|---|
| Date: | 4/14/09 |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 10:45 a.m. |
| Time in Court: | 15 Minutes |

Status Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

                                                          s/ Kathy Thobe
                                                          Judicial Assistant