Minnesota, State of v. CMI of Kentucky, Inc. Doc. 134

OCT-05-2006 09:13    CMI, INC.                              270 685 6678   P.03
10/05/2006  09:13   6517932260   GRAFERSON ROSOW   EXHIBIT C   6123496718   P.12/15
                                                 BCA TOXICOLOGY   6123496718   P.02/04
                                                                  PAGE 02

# MINNESOTA DEPARTMENT OF PUBLIC SAFETY



## Bureau of Criminal Apprehension
1430 Maryland Avenue East • Saint Paul, Minnesota 55106-2802
Phone: 651.793.7000 • Fax: 651.793.7001 • TTY: 651.282.6555
www.dps.state.mn.us/bca/



**AFFIDAVIT OF GLENN G. HARDIN**

GLENN G. HARDIN, being first duly sworn, deposes and states that:

1. I am the Toxicology Supervisor at the Minnesota Bureau of Criminal Apprehension (BCA).

2. As the Toxicology Supervisor, I oversee the breath testing, blood alcohol, and toxicology sections of the BCA.

3. I am familiar with the BCA's practices of ordering Intoxilyzer 5000EN breath testing instruments from their manufacturer CMI, Inc., a Kentucky corporation, including the purchasing process, the instrument quality control testing process, and the Minnesota Administrative Procedure Act approval process.

4. The source code is written in assembly language and is kept at CMI, Inc. in Owensboro, Kentucky. After the source code is completed, the source code is then compiled into a language that is readable by the Intoxilyzer 5000EN. The compiled code is then programmed onto the EPROM chips, which are installed into the Intoxilyzer 5000EN.

5. The source code is not now, nor has it ever been, in the possession of the BCA.

6. CMI, Inc. has never provided the BCA with the source code for the Intoxilyzer 5000 EN instrument.

*Sidebar:*
Alcohol and Gambling Enforcement
AMBER[?] Program
Bureau of Criminal Apprehension
Driver and Vehicle Services
Homeland Security and Emergency Management
Minnesota State Patrol
Office of Communications
Office of Justice Programs
Office of Traffic Safety
State Fire Marshal and Pipeline Safety

BCA

FURTHER YOUR AFFIANT SAYETH NOT.

_____  _____
GLENN G. HARDIN           Date

Subscribed and sworn to before me
this 22nd day of August, 2006.

_____
NOTARY PUBLIC

[Notary seal: ANTHONY J. PETRACCA, Notary Public-Minnesota]