UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>        Plaintiff,<br>v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>        Defendant,<br><br>and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>        Plaintiff-Intervenors | Case No.: 08-CV-603 (DWF/AJB)<br><br>**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |

      The undersigned hereby certifies that in accordance with Local Rule 7.1(e), Defendant's Reply Memorandum of Law was prepared in 13-point font, and in accordance with Local Rule 7.1(c), contains 9,436 words, including headings, footnotes, and quotations, according to Microsoft Word 2000's word count feature.

Dated: April 17, 2009                    WINTHROP & WEINSTINE, P.A.


                                         By:  s/William A. McNab
                                             William A. McNab, MN #320924
                                             David M. Aafedt, MN #27561X

                                         Suite 3500
                                         225 South Sixth Street
                                         Minneapolis, Minnesota 55402-4629
                                         Tel: (612) 604-6400
                                         Fax: (612) 604-6800
                                         wmcnab@winthrop.com
                                         daafedt@winthrop.com

                                         *Attorneys for Defendant CMI of Kentucky, Inc.*

4444083v1
13956.1