# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

State of Minnesota,
by Michael Campion, its
Commissioner of Public Safety,

                  **Plaintiff,**

  v.

CMI of Kentucky, Inc.,
a Kentucky corporation,

                  **Defendant,**

  and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen, and Christopher D.
Jacobsen,

                  **Plaintiff-Intervenors**

Case No.: 08-CV-603 (DWF/AJB)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2009, I caused to following to be served via ECF:

1. Defendant's Motion for Judgment on the Pleadings, or in the Alternative, Partial Summary Judgment;
2. Affidavit of William A. McNab in Support of Defendant's Motion for Judgment on the Pleadings, or in the Alternative, Partial Summary Judgment;
3. August 22, 2006 Affidavit of Glenn G. Hardin;
4. November 16, 2007 Affidavit of Glenn G. Hardin;
5. Affidavit of Toby Hall;
6. Affidavit of Mario D. Santana, CISSP, CISA; and
7. Certificate of Service.

upon:

        charles@ramsayresults.com, dan@ramsayresults.com, Kimberly@ramsayresults.com
        Shelley@ramsayresults.com
        gojnj@msn.com, gojnj@comcast.net
        Emerald.gratz@state.mn.us, Al.gilbert@state.mn.us, Thomas.vasaly@state.mn.us

Dated: April 17, 2009

WINTHROP & WEINSTINE, P.A.

By: s/William A. McNab

William A. McNab, MN #320924
David M. Aafedt, MN #27561X

Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendant CMI of Kentucky, Inc.*

4425029v1
13956.1