UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by Michael Campion, its Commissioner of Public Safety, | Civil File No. 08-603 DWF/AJB |
| Plaintiff, | |
| and | |
| Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen, | **CERTIFICATE OF SERVICE** |
| Plaintiffs-Intervenors, | |
| vs. | |
| CMI of Kentucky, Inc., a Kentucky corporation, | |
| Defendant. | |

I hereby certify that on April 17, 2009, I caused the following documents:

1. State of Minnesota's Memorandum of Law in Support of Its Motion For Partial Summary Judgment and an Order for Specific Performance Or Permanent Injunction, or In The Alternative For A Preliminary Injunction;

2. LR 7.1(c) Word Count Compliance Certificate;

3. Affidavit of Emerald Gratz in Support of State of Minnesota's Memorandum of Law in Support of Its Motion For Partial Summary Judgment and an Order for Specific Performance Or Permanent Injunction, or In The Alternative For A Preliminary Injunction with attached Exhibits A - L;

4. Affidavit of Michael Campion in Support of State of Minnesota's Memorandum of Law in Support of Its Motion For Partial Summary Judgment and an Order for Specific Performance Or Permanent Injunction, or In The Alternative For A Preliminary Injunction with attached Exhibits A - C;

5. Affidavit of Michael Molenda in Support of State of Minnesota's Memorandum of Law in Support of Its Motion For Partial Summary Judgment and an Order for Specific Performance Or Permanent Injunction, or In The Alternative For A Preliminary Injunction with attached Exhibits A and B;

6. Affidavit of William Lemons in Support of State of Minnesota's Memorandum of Law in Support of Its Motion For Partial Summary Judgment and an Order for Specific Performance Or Permanent Injunction, or In The Alternative For A Preliminary Injunction;

7. Affidavit of Frank Dolejsi in Support of State of Minnesota's Memorandum of Law in Support of Its Motion For Partial Summary Judgment and an Order for Specific Performance Or Permanent Injunction, or In The Alternative For A Preliminary Injunction with attached Exhibit A;

8. Affidavit of E. Joseph Newton in Support of State of Minnesota's Memorandum of Law in Support of Its Motion For Partial Summary Judgment and an Order for Specific Performance Or Permanent Injunction, or In The Alternative For A Preliminary Injunction.

to be filed electronically with the Clerk of Court through ECF, and that ECF sent an e-mail notice of the electronic filing to the following:

- **David M Aafedt**
  daafedt@winthrop.com, charrigan@winthrop.com

- **John J Gores**
  gojnj@msn.com, gojnj@comcast.net

- **Jessica Slattery Karich**
  jkarich@winthrop.com, gnettleton@winthrop.com

- **Daniel J Koewler**
  dan@ramsayresults.com, charles@ramsayresults.com, kim@ramsayresults.com

- **William A McNab**
  wmcnab@winthrop.com, lmagiera@winthrop.com

- **Charles A Ramsay**
  charles@ramsayresults.com, dan@ramsayresults.com, kimberly@ramsayresults.com, shelley@ramsayresults.com

I further certify that I caused the proposed orders to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Donovan W. Frank: frank_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

- **David M Aafedt**
  daafedt@winthrop.com, charrigan@winthrop.com

- **John J Gores**
  gojnj@msn.com, gojnj@comcast.net

- **Jessica Slattery Karich**
  jkarich@winthrop.com, gnettleton@winthrop.com

- **Daniel J Koewler**
  dan@ramsayresults.com, charles@ramsayresults.com, kim@ramsayresults.com

- **William A McNab**
  wmcnab@winthrop.com, lmagiera@winthrop.com

- **Charles A Ramsay**
  charles@ramsayresults.com, dan@ramsayresults.com, kimberly@ramsayresults.com, shelley@ramsayresults.com

Dated: April 17, 2009

LORI SWANSON
Attorney General
State of Minnesota

s/ **Alan I. Gilbert**

Alan I. Gilbert
Solicitor General
Atty. Reg. No. 0034678
al.gilbert@state.mn.us

Emerald Gratz
Assistant Attorney General
Atty. Reg. No. 0345829
emerald.gratz@state.mn.us

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2134
Telephone: (651) 296-9717
Fax: (651) 282-5832

Attorneys for Plaintiff State of Minnesota

AG: #2424295-v1