

# STATE OF MINNESOTA

**LORI SWANSON**
ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL

April 23, 2009

BREMER TOWER, SUITE 1100
445 MINNESOTA STREET
ST. PAUL, MN 55101-2128
TELEPHONE: (651) 282-5700

The Honorable Arthur J. Boylan
United States Magistrate Judge
334 Federal Building
316 N. Robert Street
St. Paul, MN 55101

**VIA FACSIMILE**
(651) 848-1212

    Re: *State of Minnesota v. CMI of Kentucky, Inc.*
          Case Number: CV-08-603 (DWF/AJB)

Dear Judge Boylan:

    Pursuant to your Order/Notice of Settlement Conference, dated March 5, 2009, all parties to the above-referenced matter are required to attend the settlement conference scheduled for 9:00 a.m. on May 6, 2009. We respectfully request that the Court modify its Order to require that the parties be available by telephone instead of being physically present at the settlement conference. Counsel for each party will have considerable authority to negotiate settlement, but may have to communicate with their respective client depending on developments at the settlement conference.

    Thank you for your consideration of this joint request.

    Sincerely,

    FOR THE STATE OF MINNESOTA

    s/ Alan I. Gilbert
    Alan I. Gilbert
    Solicitor General
    (651) 296-9717

    FOR CMI OF KENTUCKY, INC.

    s/ William McNab
    William McNab, Esq.
    Winthrop & Weinstine, P.A.
    (612) 604-6447

                                        FOR PLAINTIFF-INTERVENORS

                                        s/ Charles Ramsay
                                        Charles Ramsay
                                        Ramsay & Associates, P.L.L.C.
                                        (651) 604-0000

AG: #2430348-v1