UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion,<br>its Commissioner of Public Safety,<br><br>       Plaintiff,<br><br>    and<br><br>Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen,<br><br>       Plaintiffs-Intervenors,<br><br>    vs.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>       Defendant. | Civil File No. 08-603 DWF/AJB<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 7, 2009, I caused the Stipulation for Protective Order to be filed electronically with the Clerk of Court through ECF, and that ECF sent an e-mail notice of the electronic filing to the following:

- **David M Aafedt**
  daafedt@winthrop.com, charrigan@winthrop.com
- **John J Gores**
  gojnj@msn.com, gojnj@comcast.net
- **Jessica Slattery Karich**
  jkarich@winthrop.com, gnettleton@winthrop.com
- **Daniel J Koewler**
  dan@ramsayresults.com, charles@ramsayresults.com, kim@ramsayresults.com
- **William A McNab**
  wmcnab@winthrop.com, lmagiera@winthrop.com

- **Charles A Ramsay**
  charles@ramsayresults.com, dan@ramsayresults.com, kimberly@ramsayresults.com, shelley@ramsayresults.com

Dated: May 7, 2009

LORI SWANSON
Attorney General
State of Minnesota

s/ **Thomas C. Vasaly**

Thomas C. Vasaly
Assistant Attorney General
Atty. Reg. No. 0112501

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 296-6752
Fax: (651) 282-5832
thomas.vasaly@state.mn.us
Attorneys for Plaintiff

AG: #2437996-v1