# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| State of Minnesota, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:    08-603 DWF/AJB |
| | ) | Date:    5/11/09 |
| CMI of Kentucky, Inc., | ) | Court Reporter: |
| | ) | Time Commenced:    1:30 p.m. |
| Defendant. | ) | Time Concluded:    4:45 p.m. |
| | ) | Time in Court:    3 Hours & 15 Minutes |

Hearing on: **Settlement Conference**

APPEARANCES:

    Plaintiff:    Alan Gilbert, Emerald Gratz,
    Plaintiff Intervenor:    Charles Ramsay, Daniel Koewler
    Defendant:    William McNab, David Aafedt

PROCEEDINGS:

- ☐ Evidence by    ☐ Plaintiff    ☐ Defendant    ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- √ Parties are to initiate a conference call with Magistrate Judge Boylan on 5/13/09 at 2:30 p.m.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

 

                                                                                                      s/KAT
                                                                             Judicial Assistant