# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

State of Minnesota,                                  Case No.: 08-CV-603 (DWF/AJB)
by Michael Campion, its
Commissioner of Public Safety,

        Plaintiff,

  v.

CMI of Kentucky, Inc.,                              **LR 7.1(c) WORD COUNT**
a Kentucky corporation,                             **COMPLIANCE CERTIFICATE**
                                                    **REGARDING DEFENDANT'S**
                                                    **RESPONSE MEMORANDUM OF LAW**
        Defendant,          **IN OPPOSITION TO PLAINTIFF'S**
                                                    **MOTION FOR PARTIAL SUMMARY**
  and                                             **JUDGMENT AND ORDER FOR**
                                                    **SPECIFIC PERFORMANCE OR**
Robert J. Bergstrom, Craig A. Zenobian,             **PERMANENT INJUNCTION, OR IN**
Shane M. Steffensen, and Christopher D.             **THE ALTERNATIVE, FOR A**
Jacobsen,                                           **PRELIMINARY INJUNCTION**

        Plaintiff-Intervenors

The undersigned hereby certifies that in accordance with Local Rule 7.1(e), Defendant's Response Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment and Order for Specific Performance or Permanent Injunction, or in the Alternative, for a Preliminary Injunction, was prepared in 13-point font, and in accordance with Local Rule 7.1(c), contains 8,482 words, including headings, footnotes, and quotations, according to Microsoft Word 2000's word count feature.

Dockets.Justia.com

Dated:  May 15, 2009                    WINTHROP & WEINSTINE, P.A.


By:   s/William A. McNab
         William A. McNab, MN #320924
         David M. Aafedt, MN #27561X

      Suite 3500
      225 South Sixth Street
      Minneapolis, Minnesota 55402-4629
      Tel:  (612) 604-6400
      Fax:  (612) 604-6800
      wmcnab@winthrop.com
      daafedt@winthrop.com

      *Attorneys for Defendant CMI of*
      *Kentucky, Inc.*

4444083v1
13956.1