UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota,
by Michael Campion, its
Commissioner of Public Safety,

        Plaintiff,

v.

CMI of Kentucky, Inc.,
a Kentucky corporation,

        Defendant,

  and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen, and Christopher D.
Jacobsen,

        Plaintiff-Intervenors

Case No.: 08-CV-603 (DWF/AJB)

**CERTIFICATE OF SERVICE**

        I hereby certify that on the 15th day of May, 2009, I caused to following:

1. Defendant's Response Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment and Order for Specific Performance or Permanent Injunction, or in the Alternative, for a Preliminary Injunction;
2. Affidavit of William A. McNab in Support of Defendant's Motion for Judgment on the Pleadings, or in the Alternative, Partial Summary Judgment;
3. Affidavit of Toby Hall;
4. LR 7.1(c) Word Count Compliance Certificate Regarding Defendant's Response Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment and Order for Specific Performance or Permanent Injunction, or in the Alternative, for a Preliminary Injunction; and
5. Certificate of Service

to be filed electronically with the Clerk of the Court through ECF, and that ECF sent an email notice to the following:

    Thomas Vasaly
    Thomas.vasaly@state.mn.us

Charles A. Ramsay
charles@ramsayresults.com

Daniel J. Koewler
dan@ramsayresults.com

John J. Gores
gojnj@msn.com, gojnj@comcast.net

Emerald Gratz
emerald.gratz@state.mn.us

Alan I. Gilbert
al.gilbert@state.mn.us

| | |
|---|---|
| Dated: May 15, 2009 | WINTHROP & WEINSTINE, P.A. |
| | By: /s/ William A. McNab |
| |     William A. McNab, MN #320924 |
| |     David M. Aafedt, MN #27561X |
| | Suite 3500 |
| | 225 South Sixth Street |
| | Minneapolis, Minnesota 55402-4629 |
| | Tel: (612) 604-6400 |
| | Fax: (612) 604-6800 |
| | wmcnab@winthrop.com |
| | daafedt@winthrop.com |
| | *Attorneys for Defendant CMI of Kentucky, Inc.* |

4500352v1
13956.1