UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion,<br>its Commissioner of Public Safety,<br><br>        Plaintiff,<br><br>   and<br><br>Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen,<br><br>        Plaintiffs-Intervenors,<br><br>   vs.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>        Defendant. | Civil File No. 08-603 DWF/AJB<br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 15, 2009, I caused the following documents:

1. State of Minnesota's Memorandum of Law in Opposition to Defendant's Motion For Judgment On The Pleadings, Or, In The Alternative, For Partial Summary Judgment;

2. LR 7.1(c) Word Count Compliance Certificate; and

3. Second Affidavit of Emerald Gratz in Support of State of Minnesota's Memorandum of Law in Opposition to Defendant's Motion For Judgment On The Pleadings, Or, In The Alternative, For Partial Summary Judgment with attached Exhibits A - N;

to be filed electronically with the Clerk of Court through ECF, and that ECF sent an e-mail notice of the electronic filing to the following:

- **David M Aafedt**
  daafedt@winthrop.com, charrigan@winthrop.com

- **John J Gores**
  gojnj@msn.com, gojnj@comcast.net
- **Jessica Slattery Karich**
  jkarich@winthrop.com, gnettleton@winthrop.com
- **Daniel J Koewler**
  dan@ramsayresults.com, charles@ramsayresults.com, kim@ramsayresults.com
- **William A McNab**
  wmcnab@winthrop.com, lmagiera@winthrop.com
- **Charles A Ramsay**
  charles@ramsayresults.com, dan@ramsayresults.com, kimberly@ramsayresults.com, shelley@ramsayresults.com

I further certify that I caused the proposed orders to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Donovan W. Frank: frank_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

- **David M Aafedt**
  daafedt@winthrop.com, charrigan@winthrop.com
- **John J Gores**
  gojnj@msn.com, gojnj@comcast.net
- **Jessica Slattery Karich**
  jkarich@winthrop.com, gnettleton@winthrop.com
- **Daniel J Koewler**
  dan@ramsayresults.com, charles@ramsayresults.com, kim@ramsayresults.com
- **William A McNab**
  wmcnab@winthrop.com, lmagiera@winthrop.com

- **Charles A Ramsay**
  charles@ramsayresults.com, dan@ramsayresults.com, kimberly@ramsayresults.com, shelley@ramsayresults.com

Dated: May 15, 2009

LORI SWANSON
Attorney General
State of Minnesota

s/ **Alan I. Gilbert**

Alan I. Gilbert
Solicitor General
Atty. Reg. No. 0034678
al.gilbert@state.mn.us

Emerald Gratz
Assistant Attorney General
Atty. Reg. No. 0345829
emerald.gratz@state.mn.us

Daniel L. Abelson
Assistant Attorney General
Atty. Reg. No. 0327554
daniel.abelson@state.mn.us

Thomas C. Vasaly
Assistant Attorney General
Atty. Reg. No. 0112501
thomas.vasaly@state.mn.us

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2134
Telephone: (651) 296-9717
Fax: (651) 282-5832

Attorneys for Plaintiff State of Minnesota

AG: #2424295-v1