UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                                                        Court File No. 0:08-cv-00603-DWF-AJB

                                    Plaintiff,


v.

                                                        **LR 7.1(c) WORD COUNT**
                                                        **COMPLIANCE CERTIFICATE**
                                                        **REGARDING PLAINTIFFS-**
CMI of Kentucky, Inc.,                                  **INTERVENOR'S  MEMORANDUM IN**
A Kentucky Corporation,                                 **OPPOSITION TO DEFENDANT'S**
                                                        **MOTION FOR SUMMARY JUDGMENT**
                                    Defendant            **AND IN SUPPORT OF THE STATE'S**
                                                        **MOTION FOR PATIAL SUMMARY**
                                                        **JUDGMENT AND AN INJUNCTION**

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen

                        Plaintiffs-Intervenor

_____

_

I, John J. Gores, certify that Plaintiffs-Intervenor's Memorandum in Opposition to
Defendant's Motion for Summary Judgment and In Support of the State's Motion
for Partial Summary Judgment and an Injunction complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Office
Word 2003 Version 11.8169.8172 SP1, and Microsoft Office Word 2003 Version
11.8237.8221 SP3 and that the word processing program(s) has been applied
specifically to include all text, including headings, footnotes, and quotations in the
following word count.

I further certify that the above referenced memorandum contains 11,158 words.

                                    GORES LAW OFFICE

Dated: May 15, 2009              /s/ John J. Gores
                                 John J. Gores        ID No. 228928
                                 7091 Highway 65 NE, Suite 201
                                 Fridley, Minnesota 55432
                                 763-571-4777
                                 *Attorney for Plaintiffs-Intervenor*