UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                                                Court File No. 0:08-cv-00603-DWF-AJB

              Plaintiff,

v.

                                                  **CERTIFICATE OF SERVICE**

CMI of Kentucky, Inc.,
A Kentucky Corporation,

              Defendant,

and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen,

              Plaintiffs-Intervenor.

_____


I hereby certify that on May 15, 2009 I caused the following documents:

- Plaintiffs-Intervenor's Memorandum in Opposition to Defendant's Motion for Judgment on the Pleadings or Summary Judgment and in Support of the State's Motion for Partial Summary Judgment, Specific Performance, and Injunction

- Local Rule 7.1(c) Word Count Certificate

- Second Declaration of Thomas Workman

- Declaration of John J. Gores with Exhibits 1-18

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    **David M Aafedt** daafedt@winthrop.com,charrigan@winthrop.com

1

**Emerald A Gratz** emerald.gratz@state.mn.us

**Jeffrey F. Lebowski** Jeffrey.lebowski@state.mn.us

**Jessica Slattery Karich** jkarich@winthrop.com, gnettleton@winthrop.com

**William A McNab** wmcnab@winthrop.com, kcolon@winthrop.com

**Minnesota Society for Criminal Justice** mhalberg@halbergdefense.com

**Marsh J. Halberg** mhalberg@halbergdefense.com, tanderson@halbergdefense.com

                              GORES LAW OFFICE

Dated: May 15, 2009              /s/ John J. Gores
                                       John J. Gores     ID No. 228928
                                       7091 Highway 65 NE, Suite 201
                                       Fridley, Minnesota 55432
                                       763-571-4777

                                       *Attorney for Plaintiffs- Intervenor*