UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>            Plaintiff,<br>  v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>            Defendant,<br><br>  and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>            Plaintiff-Intervenors | Case No.: 08-CV-603 (DWF/AJB)<br><br>**LR 7.1(c) WORD COUNT<br>COMPLIANCE CERTIFICATE<br>REGARDING DEFENDANT'S REPLY<br>MEMORANDUM OF LAW IN<br>SUPPORT OF MOTION FOR<br>JUDGMENT ON THE PLEADINGS,<br>OR, IN THE ALTERNATIVE, FOR<br>PARTIAL SUMMARY JUDGMENT** |

The undersigned hereby certifies that in accordance with Local Rule 7.1(c), Defendant's Reply Memorandum of Law in Support of Motion for Judgment on the Pleadings, or, in the Alternative, for Partial Summary Judgment, was prepared in 13-point font, and in accordance with Local Rule 7.1(c), contains 2,481 words, including headings, footnotes, and quotations, according to Microsoft Word 2000's word count feature. Defendant's Motion for Partial Summary Judgment or, in the Alternative, for Judgment on the Pleadings contained 9,436 words, for a total of 11,917 words.

Dated: May 29, 2009  WINTHROP & WEINSTINE, P.A.


By: <u>s/William A. McNab</u>
William A. McNab, MN #320924
David M. Aafedt, MN #27561X

Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
wmcnab@winthrop.com
daafedt@winthrop.com

*Attorneys for Defendant CMI of Kentucky, Inc.*

4524247v1
13956.1