UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>    Plaintiff,<br> v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>    Defendant,<br><br> and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>    Plaintiff-Intervenors | Case No.: 08-CV-603 (DWF/AJB)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 29th day of May, 2009, I caused the following to be served via email:

1. Defendant's Reply Memorandum Of Law In Support Of Motion For Judgment On The Pleadings, Or, In The Alternative, For Partial Summary Judgment; and
2. Certificate of Service

upon:

Thomas Vasaly
Emerald Gratz
Alan Gilbert
Minnesota Attorney General's Office
445 Minnesota St. # 1100
St. Paul, MN 55101-2128
Thomas.vasaly@state.mn.us; emerald.gratz@state.mn.us;
al.gilbert@state.mn.us

Charles A. Ramsay
Daniel J. Koewler
Ramsay & Associates
2780 Snelling Avenue North
Suite 330
Roseville, MN  55113
charles@ramsayresults.com, dan@ramsayresults.com, Kimberly@ramsayresults.com
Shelley@ramsayresults.com

John J. Gores
Gores Law Office
7091 Highway 65 NE
Suite 201
Fridley, MN  55432
gojnj@msn.com, gojnj@comcast.net


|  |  |
|---|---|
| Dated:  May 29, 2009 | WINTHROP & WEINSTINE, P.A. |
| | By:  /s/ William A. McNab |
| | William A. McNab, MN #320924 |
| | David M. Aafedt, MN #27561X |
| | Suite 3500 |
| | 225 South Sixth Street |
| | Minneapolis, Minnesota 55402-4629 |
| | Tel:  (612) 604-6400 |
| | Fax:  (612) 604-6800 |
| | wmcnab@winthrop.com |
| | daafedt@winthrop.com |
| | *Attorneys for Defendant CMI of Kentucky, Inc.* |

4524242v1
13956.1