UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, | Civil File No. 08-603 DWF/AJB |
| by Michael Campion, | |
| its Commissioner of Public Safety, | |
| | |
| Plaintiff, | |
| | |
| and | |
| | |
| Robert J. Bergstrom, Craig A. | |
| Zenobian, Shane M. Steffensen, and | **CERTIFICATE OF SERVICE** |
| Christopher D. Jacobsen, | |
| | |
| Plaintiffs-Intervenors, | |
| | |
| vs. | |
| | |
| CMI of Kentucky, Inc., | |
| a Kentucky corporation, | |
| | |
| Defendant. | |

I hereby certify that on May 29, 2009, I caused the following documents:

1.  State of Minnesota's Reply Memorandum of Law in Support of Its Motion For Partial Summary Judgment And An Order For Specific Performance Or Permanent Injunction, Or In The Alternative, For A Preliminary Injunction;

2.  LR 7.1(c) Word Count Compliance Certificate;

3.  Affidavit of Dan Abelson in Support of State of Minnesota's Reply Memorandum of Law in Memorandum of Law in Support of Its Motion For Partial Summary Judgment And An Order For Specific Performance Or Permanent Injunction, Or In The Alternative, For A Preliminary Injunction with attached Exhibits A - B;

4.  Affidavit of Robert Mooney in Support of State of Minnesota's Reply Memorandum of Law in Support of Its Motion For Partial Summary Judgment And An Order For Specific Performance Or Permanent

Injunction, Or In The Alternative, For A Preliminary Injunction with attached Exhibits A - E; and

5.    Affidavit of Gloria O'Connell Sonnen in Support of State of Minnesota's Reply Memorandum of Law in Support of Its Motion For Partial Summary Judgment And An Order For Specific Performance Or Permanent Injunction, Or In The Alternative, For A Preliminary Injunction with attached Exhibits A - C.

to be filed electronically with the Clerk of Court through ECF, and that ECF sent an e-mail notice of the electronic filing to the following:

- **David M Aafedt**
  daafedt@winthrop.com, charrigan@winthrop.com
- **John J Gores**
  gojnj@msn.com, gojnj@comcast.net
- **Jessica Slattery Karich**
  jkarich@winthrop.com, gnettleton@winthrop.com
- **Daniel J Koewler**
  dan@ramsayresults.com, charles@ramsayresults.com, kim@ramsayresults.com
- **William A McNab**
  wmcnab@winthrop.com, lmagiera@winthrop.com
- **Charles A Ramsay**
  charles@ramsayresults.com, dan@ramsayresults.com,
  kimberly@ramsayresults.com, shelley@ramsayresults.com

Dated:  May 29, 2009

LORI SWANSON
Attorney General
State of Minnesota

s/ **Alan I. Gilbert**
Alan I. Gilbert
Solicitor General
Atty. Reg. No. 0034678
al.gilbert@state.mn.us

Emerald Gratz
Assistant Attorney General
Atty. Reg. No. 0345829
emerald.gratz@state.mn.us

Daniel L. Abelson
Assistant Attorney General
Atty. Reg. No. 0327554
daniel.abelson@state.mn.us

Thomas C. Vasaly
Assistant Attorney General
Atty. Reg. No. 0112501
thomas.vasaly@state.mn.us

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2134
Telephone:  (651) 296-9717
Fax:  (651) 282-5832

Attorneys for Plaintiff State of Minnesota

AG: #2450627-v1