# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| State of Minnesota, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) Case No: | 08-603 DWF/AJB |
| | ) Date: | 5/29/09 |
| CMI of Kentucky, Inc., | ) Court Reporter: | |
| | ) Time Commenced: | 10:30 a.m. |
| Defendant. | ) Time Concluded: | 4:40 p.m. |
| | ) Time in Court: | 6 Hours & 10 Minutes |

Hearing on: **Status Conference in re: settlement efforts**

APPEARANCES:

    Plaintiff:    Alan Gilbert, Emerald Gratz,
    Defendant:    William McNab, David Aafedt

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- √ Settlement reached.
- ☐ Dates discussed for the progression of the case.

                                                                s/KAT
                                                              Judicial Assistant

Dockets.Justia.com