

# STATE OF MINNESOTA

**LORI SWANSON**
ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL

BREMER TOWER, SUITE 1100
445 MINNESOTA STREET
ST. PAUL, MN 55101-2128
TELEPHONE: (651) 282-5700

June 1, 2009

Honorable Donovan W. Frank
United States District Court
724 Federal Building
316 N. Robert Street
St. Paul, MN 55101

    Re:    State of Minnesota v. CMI of Kentucky, et al.
           U.S.D.C. File No. 08-CV-603 (DWF/AJB)

Dear Judge Frank:

    We are writing to apprise you that the State and CMI have reached a settlement in the above-referenced matter.

    The settlement is contingent upon the Court's approval of a proposed Consent Judgment and Permanent Injunction. Attached is a copy of the settlement documents. We understand that a hearing on the proposed Consent Judgment and Permanent Injunction has been scheduled for June 11, 2009 at 1:00 p.m. The State and CMI will promptly file a formal motion for approval and entry of the proposed Consent Judgment and Permanent Injunction.

    In light of this settlement, the State and CMI request that the Court stay consideration of the pending motions of the State and CMI in the above-referenced matter until the Court decides whether to approve the proposed Consent Judgment and Permanent Injunction.

                             FOR THE STATE OF MINNESOTA

                             s/ Alan I. Gilbert
                             Alan I. Gilbert
                             Solicitor General
                             (651) 296-9717

                                                       FOR CMI OF KENTUCKY, INC.

                                                       <u>s/ William McNab</u>
                                                       William McNab, Esq.
                                                       Winthrop & Weinstine, P.A.
                                                       (612) 604-6447

Enclosures

AG: #2451340-v1