UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>            Plaintiff,<br><br>  v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>            Defendant,<br><br>  and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>            Plaintiff-Intervenors. | File No. 08-CV-603 (DWF/AJB)<br><br><br><br><br><br>**JOINT MOTION FOR ENTRY OF<br>CONSENT JUDGMENT AND<br>PERMANENT INJUNCTION** |

      Plaintiff State of Minnesota, by Michael Campion, its Commissioner of Public Safety, and Defendant CMI of Kentucky, Inc., hereby jointly move the Court for the Entry of the Consent Judgment and Permanent Injunction filed electronically with the Court on June 1, 2009, as Docket No. 177. This Joint Motion is based upon the file, record, pleadings and memoranda of law filed in the case, and the arguments presented by counsel.

Respectfully Submitted,

Dated: June 1, 2009     WINTHROP & WEINSTINE, P.A.

 s/William A. McNab
David M. Aafedt, MN #27561X
William A. McNab, MN #312071

WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Ste. 3500
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
daafedt@winthrop.com
wmcnab@winthrop.com
ATTORNEYS FOR DEFENDANT
CMI OF KENTUCKY, INC.


Dated: June 1, 2009     _     LORI SWANSON
Attorney General
State of Minnesota

 s/Alan I. Gilbert
ALAN I. GILBERT
Solicitor General
Atty. Reg. No. 0034678
EMERALD GRATZ
Assistant Attorney General
Atty. Reg. No. 0345829
445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
(651) 296-2281 (Voice)
(651) 282-2525 (TTY)
Al.Gilbert@state.mn.us
Emerald.Gratz@state.mn.us
ATTORNEYS FOR PLAINTIFF
STATE OF MINNESOTA

4528136v1