UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

State of Minnesota,                                  File No. 08-CV-603 (DWF/AJB)
by Michael Campion, its
Commissioner of Public Safety,

              Plaintiff,

  v.

CMI of Kentucky, Inc.,                     **NOTICE OF JOINT MOTION FOR**
a Kentucky corporation,                  **ENTRY OF CONSENT JUDGMENT**
                                                   **AND PERMANENT INJUNCTION**
              Defendant,

  and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen, and Christopher D.
Jacobsen,

              Plaintiff-Intervenors.

---

TO: Plaintiff-Intervenors Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen, and their attorneys, RAMSAY & ASSOCIATES, Charles A. Ramsay and Daniel J. Koewler, 450 Rosedale Towers, 1700 West Highway 36, Roseville, Minnesota, and GORES LAW OFFICE, John J. Gores, 7091 Highway 65 N.E., Suite 201, Fridley, Minnesota.

Please take notice that on June 11, 2009, at 1:00 p.m., in Courtroom 7C, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before the Honorable Donovan W. Frank, District Court Judge, Plaintiff State of Minnesota, by Michael Campion, its Commissioner of Public Safety, and Defendant CMI of Kentucky, Inc. will jointly move the Court for Entry of Consent Judgment and

Permanent Injunction. This motion is based upon the file, record, pleadings and memoranda filed in the case, and the arguments of counsel.

                Respectfully Submitted,

Dated: June 1, 2009                WINTHROP & WEINSTINE, P.A.

                s/William A. McNab
                David M. Aafedt, MN #27561X
                William A. McNab, MN #312071

                WINTHROP & WEINSTINE, P.A.
                225 South Sixth Street, Ste. 3500
                Minneapolis, Minnesota 55402-4629
                Tel: (612) 604-6400
                Fax: (612) 604-6800
                daafedt@winthrop.com
                wmcnab@winthrop.com
                ATTORNEYS FOR DEFENDANT
                CMI OF KENTUCKY, INC.

Dated: June 1, 2009    _           LORI SWANSON
                Attorney General
                State of Minnesota

                s/Alan I. Gilbert
                ALAN I. GILBERT
                Solicitor General
                Atty. Reg. No. 0034678
                EMERALD GRATZ
                Assistant Attorney General
                Atty. Reg. No. 0345829
                445 Minnesota Street, Suite 1800
                St. Paul, Minnesota 55101-2134
                (651) 296-2281 (Voice)
                (651) 282-2525 (TTY)
                Al.Gilbert@state.mn.us
                Emerald.Gratz@state.mn.us
                ATTORNEYS FOR PLAINTIFF
                STATE OF MINNESOTA

4528116v1