UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| State of Minnesota, by Michael Campion, its Commissioner of Public Safety,<br><br>                  Plaintiff,<br><br>v.<br><br>CMI of Kentucky, Inc.,<br>A Kentucky Corporation,<br><br>                  Defendant,<br><br>and<br><br>Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen and Christopher D. Jacobsen,<br><br>                  Plaintiffs-Intervenor. | Court File No. 0:08-cv-00603-DWF-AJB<br><br><br><br>**PLAINTIFFS-INTERVENOR'S OBJECTION TO THE SCHEDULING OUT OF TIME THE HEARING ON PLAINTIFF AND DEFENDANT'S PROPOSED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

_____

TO: TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA, PLAINITFF STATE OF MINNESOTA AND ITS ATTORNEYS AND DEFENDANT AND ITS ATTORNEYS:

PLEASE TAKE NOTICE: That Plaintiffs-Intervenor object to the June 11, 2009 scheduled hearing on Plaintiff's and Defendant's Joint Motion for Consent Judgment and Permanent Injunction. The said June 11, 2009 hearing, the notice of which was submitted on June 1, 2009, does not comply with Local Rule 7.1 of the Local Rules for the United States Minnesota District Court. Said scheduling significantly cuts short the time for both Plaintiffs-Intervenor and the amicus who previously submitted briefing on the prior proposed consent judgment of the full

1

time the Rules contemplate should be afforded them to fully address the proposed settlement.

Plaintiffs-Intervenor respectfully request that the hearing on this matter be scheduled in accordance with the Rules.

RAMSAY & ASSOCIATES, P.L.L.C.

Dated: June 1, 2009 /s/ Charles A. Ramsay
Charles A. Ramsay, ID No. 260277
2780 Snelling Avenue North, #330
Roseville, Minnesota 55113
651-604-0000

Dated: June 1, 2009 /s/ Daniel J. Koewler
Daniel J. Koewler, ID No. 388460
2780 Snelling Avenue North, #330
Roseville, Minnesota 55113
651-604-0000

GORES LAW OFFICE

Dated: June 1, 2009 /s/ John J. Gores
John J. Gores, ID No. 228928
7091 Highway 65 NE, Suite 201
Fridley, Minnesota 55432
763-571-4777

*Attorneys for Plaintiffs-Intervenors*