UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                                                  Court File No. 0:08-cv-00603-DWF-AJB

               Plaintiff,

v.

                                               **CERTIFICATE OF SERVICE**

CMI of Kentucky, Inc.,
A Kentucky Corporation,

               Defendant,

and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen and Christopher D.
Jacobsen,

               Plaintiffs-Intervenor.

I hereby certify that on June 1, 2009 I caused the following documents:

- PLAINTIFFS-INTERVENOR'S OBJECTION TO THE SCHEDULING OUT OF TIME THE HEARING ON PLAINTIFF AND DEFENDANT'S PROPOSED CONSENT JUDGMENT AND PERMANENT INJUNCTION

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    **David M Aafedt** daafedt@winthrop.com,charrigan@winthrop.com

    **Emerald A Gratz** emerald.gratz@state.mn.us

    **Jeffrey F. Lebowski** Jeffrey.lebowski@state.mn.us

1

**Jessica Slattery Karich** jkarich@winthrop.com, gnettleton@winthrop.com

**William A McNab** wmcnab@winthrop.com, kcolon@winthrop.com

**Minnesota Society for Criminal Justice** mhalberg@halbergdefense.com

**Marsh J. Halberg** mhalberg@halbergdefense.com, tanderson@halbergdefense.com

                        GORES LAW OFFICE

Dated: June 1, 2009           /s/ John J. Gores
                                       John J. Gores     ID No. 228928
                                         7091 Highway 65 NE, Suite 201
                                         Fridley, Minnesota 55432
                                         763-571-4777

                                         *Attorney for Plaintiffs- Intervenor*