UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>    Plaintiff,<br><br> v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>    Defendant,<br><br> and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>    Plaintiff-Intervenors. | File No. 08-CV-603 (DWF/AJB)<br><br>**MOTION FOR ADDITIONAL<br>FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW** |

  Defendant CMI of Kentucky, Inc., hereby moves the Court for the Additional Findings of Fact and Conclusions of Law in conjunction with Entry of the Consent Judgment and Permanent Injunction filed electronically with the Court on June 1, 2009, as Docket No. 177. Defendant requests that the Court consider and determine the proprietary and confidential nature of the source code for the Intoxilyzer 5000EN. This Motion is based upon the file, record, pleadings and memoranda of law filed in the case, and the arguments presented by counsel.

Respectfully Submitted,

Dated: June 2, 2009                      WINTHROP & WEINSTINE, P.A.

 s/William A. McNab
David M. Aafedt, MN #27561X
William A. McNab, MN #312071

WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Ste. 3500
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
daafedt@winthrop.com
wmcnab@winthrop.com
ATTORNEYS FOR DEFENDANT
CMI OF KENTUCKY, INC.

4532742v1