UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

State of Minnesota,                                    File No. 08-CV-603 (DWF/AJB)
by Michael Campion, its
Commissioner of Public Safety,

            Plaintiff,

 v.

CMI of Kentucky, Inc.,                                 **NOTICE OF MOTION FOR**
a Kentucky corporation,                          **ADDITIONAL FINDINGS OF FACT**
                                                       **AND CONCLUSIONS OF LAW**

            Defendant,

 and

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen, and Christopher D.
Jacobsen,

            Plaintiff-Intervenors.

---

TO:   Plaintiff-Intervenors Robert J. Bergstrom, Craig A. Zenobian, Shane M.
Steffensen, and Christopher D. Jacobsen, and their attorneys, RAMSAY &
ASSOCIATES, Charles A. Ramsay and Daniel J. Koewler, 450 Rosedale Towers,
1700 West Highway 36, Roseville, Minnesota, and GORES LAW OFFICE, John
J. Gores, 7091 Highway 65 N.E., Suite 201, Fridley, Minnesota.

Please take notice that on June 11, 2009, at 1:00 p.m., in Courtroom 7C, Warren E.

Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul,

Minnesota, before the Honorable Donovan W. Frank, District Court Judge, Defendant

CMI of Kentucky, Inc. will move the Court for Additional Findings of Fact and

Conclusions of Law in conjunction with the joint Motion for Entry of Consent Judgment.

This motion is based upon the file, record, pleadings and memoranda filed in the case, and the arguments of counsel.

Respectfully Submitted,

Dated: June 2, 2009

WINTHROP & WEINSTINE, P.A.

 s/William A. McNab

David M. Aafedt, MN #27561X
William A. McNab, MN #312071

WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Ste. 3500
Minneapolis, Minnesota 55402-4629
Tel: (612) 604-6400
Fax: (612) 604-6800
daafedt@winthrop.com
wmcnab@winthrop.com
ATTORNEYS FOR DEFENDANT
CMI OF KENTUCKY, INC.

4532670v1