UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by Michael Campion, its Commissioner of Public Safety, | Case No.: 08-CV-603 (DWF/AJB) |
| Plaintiff, | |
| v. | |
| CMI of Kentucky, Inc., a Kentucky corporation, | **CERTIFICATE OF SERVICE** |
| Defendant, | |
| and | |
| Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen, | |
| Plaintiff-Intervenors | |

I hereby certify that on the 2nd day of June, 2009, I caused the following to be served via email:

1. Notice of Motion for Additional Findings of Fact and Conclusions of Law;
2. Motion for Additional Findings of Fact and Conclusions of Law; and
3. Certificate of Service

upon:

Thomas Vasaly
Emerald Gratz
Alan Gilbert
Minnesota Attorney General's Office
445 Minnesota St. # 1100
St. Paul, MN 55101-2128
Thomas.vasaly@state.mn.us; emerald.gratz@state.mn.us;
al.gilbert@state.mn.us

Charles A. Ramsay
Daniel J. Koewler
Ramsay & Associates
2780 Snelling Avenue North
Suite 330
Roseville, MN  55113
charles@ramsayresults.com, dan@ramsayresults.com, Kimberly@ramsayresults.com
Shelley@ramsayresults.com

John J. Gores
Gores Law Office
7091 Highway 65 NE
Suite 201
Fridley, MN  55432
gojnj@msn.com, gojnj@comcast.net

|  |  |
|---|---|
| Dated:  June 2, 2009 | WINTHROP & WEINSTINE, P.A. |
|  |  |
|  | By:  /s/ William A. McNab  |
|  | William A. McNab, MN #320924 |
|  | David M. Aafedt, MN #27561X |
|  |  |
|  | Suite 3500 |
|  | 225 South Sixth Street |
|  | Minneapolis, Minnesota 55402-4629 |
|  | Tel:  (612) 604-6400 |
|  | Fax:  (612) 604-6800 |
|  | wmcnab@winthrop.com |
|  | daafedt@winthrop.com |
|  |  |
|  | *Attorneys for Defendant CMI of Kentucky, Inc.* |

4533026v1
13956.1