

# chestnut & cambronne, p.a.
ATTORNEYS AT LAW

**Mark J. Schneider, Esq.**
**Direct Dial: (612) 336-2917**
**mschneider@chestnutcambronne.com**

MINNEAPOLIS
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
T: 612.339.7300
F: 612.336.2940

SAINT PAUL
Kelly Inn, Suite 820
161 St. Anthony Avenue
St. Paul, MN 55103
T: 651.291.1900
F: 651.291.0063

WHITE BEAR LAKE
204 North Star Bank
4661 Highway 61
White Bear Lake, MN 55110
T: 651.653.0990
F: 651.653.4647

www.chestnutcambronne.com

June 5, 2009

The Honorable Donavan W. Frank
Judge of United States District Court
Attn: Gina Olsen, Calendar Clerk
Warren E. Burger Federal Building
316 North Robert Street, Suite 724
St. Paul, MN 55101

Re: State of Minnesota v. CMI of Kentucky, Inc.
Court Civil File No. 08-603 (DWF/AJB)

Dear Judge Frank:

I am writing on behalf of the Suburban Hennepin County Prosecutors Association, a non-profit group consisting of municipal prosecutors in Hennepin County, Minnesota. A large part of our municipalities' case load involves DWI and related cases. On behalf of the Suburban Hennepin County Prosecutors Association, I am writing to request leave of the Court to file a written position statement/amicus brief concerning the proposed settlement between the State of Minnesota and CMI of Kentucky, Inc. Oral argument is not requested unless the Court would order otherwise.

While our group has not previously appeared as amicus in this matter, given the terms of the settlement and impact on the Hennepin County municipalities, our association would request the Court's permission to file a position statement/amicus brief concerning the settlement.

Pursuant to Ms. Olsen's direction, I am filing this letter with the Court for its review and consideration. Should you have any questions, or require any additional information, please do not hesitate to contact the undersigned. Thank you for your attention to this matter.

Respectfully submitted,

CHESTNUT & CAMBRONNE, P.A.

Mark J. Schneider
On Behalf of the Suburban Hennepin County Prosecutors Association

MJS:mrb