# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

State of Minnesota,                                Case No.: 08-CV-603 (DWF/AJB)
by Michael Campion, its
Commissioner of Public Safety,                         Judge Donovan W. Frank
                                                 Magistrate Judge Arthur J. Boylan

                        Plaintiff,

    v.

CMI of Kentucky, Inc.,                           **NOTICE OF APPEARANCE**
a Kentucky corporation,

                        Defendant.

Please take notice that the undersigned, Erin A. Oglesbay, is duly admitted to practice before this Court and herein provides notice of appearance in the above captioned case as counsel for Defendant CMI of Kentucky, Inc.


Dated: June 11, 2009                    WINTHROP & WEINSTINE, P.A.

                                        By:   s/Erin A. Oglesbay
                                              David M. Aafedt, MN #27561X
                                              William A. McNab, MN #320924
                                              Erin A. Oglesbay, MN #0343092

                                              Suite 3500
                                              225 South Sixth Street
                                              Minneapolis, Minnesota 55402-4629
                                              Tel: (612) 604-6400
                                              Fax: (612) 604-6800
                                              daafedt@winthrop.com
                                              wmcnab@winthrop.com
                                              eoglesbay@winthrop.com

                                        *Attorneys for Defendant CMI of
                                        Kentucky, Inc.*

4546812v1