UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion, its<br>Commissioner of Public Safety,<br><br>                Plaintiff,<br><br>  v.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>                Defendant,<br><br>  and<br><br>Robert J. Bergstrom, Craig A. Zenobian,<br>Shane M. Steffensen, and Christopher D.<br>Jacobsen,<br><br>                Plaintiff-Intervenors. | File No. 08-CV-603 (DWF/AJB) |

**AFFIDAVIT OF DAVID M. AAFEDT IN SUPPORT OF DEFENDANT'S
MOTIONS FOR ENTRY OF PROPOSED CONSENT JUDGMENT AND
ADDITIONAL FINDINGS OF FACT AND CONCLUSIONS OF LAW**

STATE OF MINNESOTA )
                              ) ss:
COUNTY OF HENNEPIN )

        David M. Aafedt, having been duly sworn upon oath, states as follows:

        1.      I am an attorney duly licensed to practice law in the State of Minnesota and admitted to practice before this Honorable Court. I am a shareholder with the law firm of Winthrop & Weinstine, P.A., 225 South Sixth Street, Suite 3500, Minneapolis,

Minnesota 55402, and represent the Defendant in the above-captioned matter. I respectfully submit this affidavit upon personal knowledge.

2. Attached hereto as <u>Exhibit A</u> is true and correct copy of Thomas E. Workman, *Source Code Primer: The Inside Scoop on ALL Breath Instrument Computers and Electronics*, National College for DUI Defense, Inc. and Texas Criminal Defense Lawyers Association, April 20, 2007.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Affidavit of Thomas E. Workman dated June 10, 2008, submitted in the case *Minnesota v. Bowen*, Court File No. 82-CR-08-2575 (Minn. Dist. Ct.).

FURTHER YOUR AFFIANT SAYETH NOT.

                                           s/David M. Aafedt
                                           David M. Aafedt

Subscribed and sworn to before me
this 16th day of June, 2009.

s/Elizabeth H. Mulvaney
Elizabeth H. Mulvaney
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010
4556009v1