UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota,<br>by Michael Campion,<br>its Commissioner of Public Safety,<br><br>      Plaintiff,<br><br>and<br><br>Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen,<br><br>      Plaintiffs-Intervenors,<br><br>vs.<br><br>CMI of Kentucky, Inc.,<br>a Kentucky corporation,<br><br>      Defendant. | Civil File No. 08-603 DWF/AJB<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 16, 2009, I caused the following documents:

1. Plaintiff's Memorandum in Support of Entry of the Consent Judgment and Permanent Injunction;
2. LR 7.1(c) Word Count Compliance Certificate;
3. Third Affidavit of Emerald Gratz with Exhibits A - C.

to be filed electronically with the Clerk of Court through ECF, and that ECF sent an e-mail notice of the electronic filing to the following:

- **David M Aafedt**
  daafedt@winthrop.com, charrigan@winthrop.com

- **John J Gores**
  gojnj@msn.com, gojnj@comcast.net

- **Jessica Slattery Karich**
  jkarich@winthrop.com, gnettleton@winthrop.com

- **Daniel J Koewler**
  dan@ramsayresults.com, charles@ramsayresults.com, kim@ramsayresults.com

- **William A McNab**
  wmcnab@winthrop.com, lmagiera@winthrop.com

- **Charles A Ramsay**
  charles@ramsayresults.com, dan@ramsayresults.com, kimberly@ramsayresults.com, shelley@ramsayresults.com

Dated: June 16, 2009

LORI SWANSON
Attorney General
State of Minnesota

s/ **Alan I. Gilbert**

Alan I. Gilbert
Solicitor General
Atty. Reg. No. 0034678
al.gilbert@state.mn.us

Emerald Gratz
Assistant Attorney General
Atty. Reg. No. 0345829
emerald.gratz@state.mn.us

Daniel L. Abelson
Assistant Attorney General
Atty. Reg. No. 0327554
daniel.abelson@state.mn.us

Thomas C. Vasaly
Assistant Attorney General
Atty. Reg. No. 0112501
thomas.vasaly@state.mn.us

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2134
Telephone: (651) 296-9717
Fax: (651) 282-5832

Attorneys for Plaintiff State of Minnesota