UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by Michael Campion, its Commissioner of Public Safety,<br><br>          Plaintiff,<br>v.<br><br>CMI of Kentucky, Inc., a Kentucky corporation,<br><br>          Defendant,<br><br>  and<br><br>Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen,<br><br>         Plaintiff-Intervenors | Case No.: 08-CV-603 (DWF/AJB)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 16, 2009, I caused the following document(s):

1. Defendant's Omnibus Response in Support of Motions for Entry of Proposed Consent Judgment and Additional Findings of Fact and Conclusions of Law ;
2. Affidavit of Toby Hall;
3. Affidavit of David M. Aafedt; and
4. Certificate of Service

upon:

Thomas Vasaly
Emerald Gratz
Alan Gilbert
Minnesota Attorney General's Office
445 Minnesota St. # 1100
St. Paul, MN 55101-2128
Thomas.vasaly@state.mn.us; emerald.gratz@state.mn.us;
al.gilbert@state.mn.us

Charles A. Ramsay
Daniel J. Koewler
Ramsay & Associates
2780 Snelling Avenue North
Suite 330
Roseville, MN 55113
charles@ramsayresults.com, dan@ramsayresults.com,
Kimberly@ramsayresults.com
Shelley@ramsayresults.com

John J. Gores
Gores Law Office
7091 Highway 65 NE
Suite 201
Fridley, MN 55432
gojnj@msn.com, gojnj@comcast.net

I further certify that I caused the proposed order(s) to be filed with the Court via e-mail to the following judge and the following counsel of record:

The Honorable Donovan W. Frank    frank_chambers@mnd.uscourts.gov
John J. Gores         gojnj@msn.com, gojnj@comcast.net
Charles A. Ramsay   charles@ramsayresults.com, Shelley@ramsayresults.com
Daniel J. Koewler   dan@ramsayresults.com, Kimberly@ramsayresults.com
Thomas Vasaly       Thomas.vasaly@state.mn.us
Emerald Gratz       emerald.gratz@state.mn.us
Alan Gilbert        al.gilbert@state.mn.us

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A


Dated: June 16, 2009              s/David M. Aafedt
                                  David M. Aafedt, #27561X
                                  William A. McNab, #320924
                                  Erin A. Oglesbay, #343092

                                  WINTHROP & WEINSTINE, P.A.
                                  225 South Sixth Street, Ste. 3500
                                  Minneapolis, Minnesota 55402-4629
                                  Tel: (612) 604-6400

Fax: (612) 604-6800
[daafedt@winthrop.com](mailto:daafedt@winthrop.com)
[wmcnab@winthrop.com](mailto:wmcnab@winthrop.com)
[eoglesbay@winthrop.com](mailto:eoglesbay@winthrop.com)

ATTORNEYS FOR DEFENDANT
CMI OF KENTUCKY, INC.

4533026v1
13956.1