# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| State of Minnesota, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Donovan W. Frank |
| | U.S. District Judge |
| v. | Case No: 08-603 DWF/AJB |
| CMI of Kentucky, Inc., | Date: June 19, 2009 |
| | Deputy: Gina Olsen |
| Defendant. | Court Reporter: Jeanne Anderson |
| | Time Commenced: 1:30 PM |
| | Time Concluded: 3:34 PM |
| | Time in Court: 2 Hours & 4 Minutes |

Hearing on: **178 Joint MOTION to Approve Consent Judgment and Permanent Injunction.**

APPEARANCES:

    Plaintiff:    Emerald Gratz, Alan Gilbert, Daniel Abelson
    Plaintiff Intervenor:    John Gores, Chuck Ramsay, Daniel Koewler
    Defendant:    David Aafedt, William McNab, Erin Oglesbay
    Amicus:    Marsh Halberg, Bill Lemons, Jeff Sheridan

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:**

    ☒ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☒ Written order forthcoming.

    s/Gina Olsen
    Calendar Clerk

M:\templates\cv-motion - Art III.wpt    Form Modified: 2/12/04