✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

State of Minnesota, by Michael Campion, its
Commissioner of Public Safety

V.

Robert J. Bergstrom, Craig A. Zenobian,
Shane M. Steffensen, and Christopher D.
Jacobsen, Plaintiffs-Intervenors,

V.

CMI of Kentucky, Inc., Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 08-cv-603 DWF/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Joint Motion for Entry of Consent Judgment and Permanent Injunction (Doc. No. 178) is **GRANTED.**

2. CMI's Motion for Additional Findings of Fact and Conclusions of Law (Doc. No. 184) is **DENIED**.

|  |  |
|---|---|
| July 16, 2009 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/Katie Thompson |
|  | (By)    Katie Thompson, Deputy Clerk |

Form Modified: 09/16/04

Dockets.Justia.com