# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL HEARING

| | | |
|---|---|---|
| State of Minnesota, | ) | **COURT MINUTES** |
| | ) | BEFORE: Donovan W. Frank |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | |

Case No: 08-603 DWF/AJB
Date: August 12, 2009
Deputy: Gina Olsen
Court Reporter: Jeanne Anderson
Time Commenced: 10:30 AM
Time Concluded: 11:15 AM
Time in Court: 45 Minutes

CMI of Kentucky, Inc.,

Defendant.

Hearing on:  **TELEPHONIC STATUS CONFERENCE**

APPEARANCES:

Plaintiff:              Emerald Gratz
Intervenor Plaintiff:   Charles Ramsay
Defendant:              David Aafedt and William McNab

PROCEEDINGS:

☒ Status conference.

s/Gina Olsen
Calendar Clerk

M:\templates\cv-motion - Art III.wpt                                    Form Modified: 05/15/09