# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL HEARING

| | |
|---|---|
| State of Minnesota, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Donovan W. Frank |
| | U.S. District Judge |
| v. | Case No: CV 08-603 DWF/AJB |
| | Date: November 19, 2009 |
| CMI of Kentucky, Inc., | Court Reporter: Jeanne Anderson |
| | Time Commenced: 3:40 p.m. |
| Defendant. | Time Concluded: 5:10 p.m. |
| | Time in Court: 1 Hour 30 Minutes |

Hearing on: **TELEPHONIC STATUS CONFERENCE**

APPEARANCES:

    Plaintiff:    Emerald Gratz (via phone)
    Defendant:    David Aafedt (via phone), William McNab (in person)
    Amicus - MN Society
      for Criminal Justice:    Marsh Halberg (via phone)

PROCEEDINGS:

☒ Status conference held. The attorneys are instructed to conduct settlement discussions (without the Court's involvement) early next week. The attorneys agree to report on such settlement discussions early next week. The Court reserves the right to set a hearing at which time the experts will appear.

                                                                     s/Brenda Schaffer
                                                                        Calendar Clerk