UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by Michael Campion, its Commissioner of Public Safety, | Civil File No. 08-603 DWF/AJB |
| Plaintiff, and | |
| Robert J. Bergstrom, Craig A. Zenobian, Shane M. Steffensen, and Christopher D. Jacobsen, | **NOTICE OF APPEARANCE** |
| Plaintiffs-Intervenors, vs. | |
| CMI of Kentucky, Inc., a Kentucky corporation, | |
| Defendant. | |

TO:   The Court and All Counsel of Record.

    PLEASE TAKE NOTICE that the party named below hereby joins as co-counsel for the State of Minnesota, Plaintiff herein.

Dated: February 10, 2009.

Respectfully submitted,

LORI SWANSON
Attorney General
State of Minnesota

s/ **Kristi Nielsen**
KRISTI NIELSEN
Assistant Attorney General
Atty. Reg. No. 0329770

445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134
Telephone: (651) 757-1284
Fax: (651) 297-4077
Kristi.Nielsen@state.mn.us

**ATTORNEYS FOR THE
STATE OF MINNESOTA**

AG: #2585325-v1