UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

          Court File No 0:08-cv-00603-DWF-AJB

Plaintiff,

v

CMI of Kentucky, Inc.,
A Kentucky Corporation,

**MOTION FOR ORDER GRANTING ACCESS TO MATERIALS NECESSARY TO PERFORM A MEANINGFUL SOURCE CODE REVIEW**

Defendant,

and

Minnesota Society for Criminal Justice on
behalf of those Authorized Minnesota
Litigants within the Source Code
Coalition.

TO: TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA, PLAINITFF STATE OF MINNESOTA AND ITS ATTORNEYS AND DEFENDANT AND ITS ATTORNEYS:

PLEASE TAKE NOTICE THAT AT A TIME TO BE DETERMINED BY THE COURT: The Minnesota Society for Criminal Justice, on behalf of those Authorized Minnesota Litigants within the Source Code Coalition, will move the Court, pursuant to Minn. R. Fed. Proc 7 and to paragraph 1(c) of the Permanent Injunction filed in the above captioned matter on July 16, 2009, for an Order granting access to all materials necessary to perform a meaningful source code review including the following relief:

1

1. CMI of Kentucky, Inc. shall disclose all materials set forth in the Attachment to the Affidavit of Mark Lanterman, marked as Exhibit 2-b.

2. The State of Minnesota shall also disclose all materials listed in the Attachment to the Affidavit of Mark Lanterman, marked as Exhibit 2-b, to the extent that said materials are within its possession or control.

3. CMI of Kentucky, Inc. shall pay reasonable costs and attorney fees to the Source Code Coalition within thirty (30) days of the date of this Order.

Said Motion is based upon the attached Memorandum of Law, Affidavit of Mark Lanterman, all attached Exhibits, and all of the files, records and proceedings herein.

RAMSAY LAW FIRM, P.L.L.C.

Dated: February 19, 2010

/s/ Charles A. Ramsay
Charles A. Ramsay, ID No. 260277
2780 Snelling Avenue North, #330
Roseville, Minnesota 55113
651-604-0000

Dated: February 19, 2010

/s/ Daniel J. Koewler
Daniel J. Koewler, ID No. 388460
2780 Snelling Avenue North, #330
Roseville, Minnesota 55113
651-604-0000

*Attorneys for Source Code Coalition*