UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by Michael Campion, its Commissioner of Public Safety,<br><br>Plaintiff, | Court File No. 0:08-cv-00603-DWF-AJB |
| v.<br><br>CMI of Kentucky, Inc., A Kentucky Corporation,<br><br>Defendant, | **NOTICE OF HEARING FOR MOTION FOR ORDER GRANTING ACCESS TO MATERIALS NECESSARY TO PERFORM A MEANINGFUL SOURCE CODE REVIEW** |
| and<br><br>Minnesota Society for Criminal Justice on behalf of those Authorized Minnesota Litigants within the Source Code Coalition. | |

PLEASE TAKE NOTICE that the undersigned will bring the above motion for an Order granting access to materials reasonably necessary to perform meaningful source code review before this Court at 180 East Fifth Street, St. Paul, MN 5101, on a date and time to be determined by the Court.

RAMSAY LAW FIRM, P.L.L.C.

Dated: February 19, 2010

/s/ Charles A. Ramsay
Charles A. Ramsay, ID No. 260277
2780 Snelling Avenue North, #330
Roseville, Minnesota 55113
651-604-0000

Dated: February 19, 2010

/s/ Daniel J. Koewler
Daniel J. Koewler, ID No. 388460
2780 Snelling Avenue North, #330
Roseville, Minnesota 55113
651-604-0000

*Attorneys for Source Code Coalition*