UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                  Court File No. 0:08-cv-00603-DWF-AJB

        Plaintiff,

v.

                  **DECLARATION OF DANIEL J.**
                  **KOEWLER, ESQ.**

CMI of Kentucky, Inc.,
A Kentucky Corporation,

        Defendant,

and

Minnesota Society for Criminal Justice on
behalf of those Authorized Minnesota
Litigants within the Source Code
Coalition.

STATE OF MINNESOTA )
                       ) SS.
COUNTY OF RAMSEY   )

      Daniel J. Koewler, being duly sworn and under oath, states and alleges as follows:

1     I am the attorney representing the Source Code Coalition in this matter and offer this Declaration in support of the Motion to Grant Access to Materials Necessary to Perform a Meaningful Source Code Review.

2     A true and correct copy of the letter sent to the Honorable Donovan W Frank and the Honorable Jerome B. Abrams, dated January 25, 2010

Dockets.Justia.com

and signed by Marsh Halberg on behalf of the Source Code Coalition, is marked Exhibit 1.

3. A true and correct copy of the Affidavit of Mark Lanterman, dated February 18, 2010, is marked as Exhibit 2.

4. A true and correct copy of Mark Lanterman's curriculum vitae, is marked as Exhibit 2-a.

5. A true and correct copy of the Attachment to Affidavit of Mark Lanterman, is marked as Exhibit 2-b.

6. Further your Declarant sayeth not

RAMSAY LAW FIRM, P.L.L.C.

Dated: February 19, 2010

/s/ Daniel J. Koewler
Daniel J. Koewler, ID No. 388460
2780 Snelling Avenue North, #330
Roseville, Minnesota 55113
651-604-0000

*Attorney for Source Code Coalition*