## ATTACHMENT TO AFFIDAVIT OF MARK LANTERMAN

### Additional Information Required for Meaningful Source Code Review

1.\* Source code, compile & build time scripts & directives in softcopy. Including source code for all programmable devices (i.e. PLDs).

2.\* Data & communications structures for all ROMs and RAMs.

3.\* Embedded system schematics and logic diagrams and specs.

4.\* Bill of Materials (including substitution specs, revision & quality logs)

5.\* Security design and logs for dial-up or network data access and transfer, including items that may be considered security-related.

6.\*\* Patch notes, scripts, and files for all variations (including master and slave processors) of all Minnesota EN Models, including System design, Engineering Change (EC) & revision documentation.

7. Source and execution code control procedures and logs

8. Service & Support, Repair records & communications.

9. Calibration, re-calibration and certification records & procedures.

10. Service, support, and repair procedure documentation.

11. All code updates in progress

12. Test tools and software related to the creation and maintenance of Minnesota models

13.\*\*\* All communications, documents and emails related to any problem/issue/concern or perceived problem/issue/concern that has been reported to or observed by CMI or its affiliates related to the Intoxilyzer 5000, including all technical files and data created in relation to those problems/issues/concerns. This request includes, but is not limited to, all communications, documents and emails between CMI or its affiliates and all offices or agencies of the State of Minnesota

\* The Coalition believes CMI will agree to provide these items

\*\* The Coalition believes that CMI is agreeing to provide patch information as it relates to revisions in use in Minnesota at the current time. The Coalition believes CMI is refusing to provide patches "on the shelf" that CMI is aware of that have not been implemented

\*\*\* The Coalition is aware of some emails between the BCA and CMI, but is not privy to all emails regarding Intoxilyzer problems



EXHIBIT 2-b