UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

                Plaintiff,

Court File No. 0:08-cv-00603-DWF-AJB

v

CMI of Kentucky, Inc.,
A Kentucky Corporation,

                Defendant

and

Minnesota Society for Criminal Justice on
behalf of those Authorized Minnesota
Litigants within the Source Code
Coalition.

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING SOURCE CODE COALITION'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR ORDER GRANTING ACCESS TO MATERIALS NECESSARY TO PERFORM A MEANINGFUL SOURCE CODE REVIEW**

I, Daniel J. Koewler, certify that the Source Code Coalition's Memorandum in Support of it's Motion for an Order Granting Access to Materials Necessary to Perform a Meaningful Source Code Review complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Office Word 2003 Version 11.8313.8221 SP3, and that the word processing program(s) has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 652 words.

                RAMSAY LAW FIRM, P.L.L.C.

Dated: February 19, 2010

/s/ Daniel J. Koewler
Daniel J. Koewler, ID No. 388460
2780 Snelling Avenue North, #330
Roseville, Minnesota 55113
651-604-0000