UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, by Michael Campion,
its Commissioner of Public Safety,

          Court File No. 0:08-cv-00603-DWF-AJB

      Plaintiff,

v.

**CERTIFICATE OF SERVICE**

CMI of Kentucky, Inc.,
A Kentucky Corporation,

      Defendant,

and

Minnesota Society for Criminal Justice on
behalf of those Authorized Minnesota
Litigants within the Source Code
Coalition.

I hereby certify that on February 19, 2010, I caused the following documents:

- Source Code Coalition's Motion for an Order Granting Access to Materials Necessary to Perform a Meaningful Source Code Review

- Source Code Coalition's Memorandum of Law in Support of Motion for an Order Granting Access to Materials Necessary to Perform a Meaningful Source Code Review

- Local Rule 7.1(c) Word Count Certificate

- Affidavit of Mark Lanterman, dated February 18, 2010

- Declaration of Daniel J. Koewler, Esq. with Exhibits 1-2b

1

Dockets.Justia.com

- Notice of Hearing for Motion for Order Granting Access to Materials Necessary to Perform a Meaningful Source Code Review

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**David M. Aafedt** daafedt@winthrop.com, charrigan@winthrop.com

**William A. McNab** wmcnab@winthrop.com, kcolon@winthrop.com

**Jessica Slattery Karich** jkarich@winthrop.com, gnettleton@winthrop.com

**Erin A. Oglesbay** eoglesbay@winthrop.com

**Emerald A. Gratz** emerald.gratz@state.mn.us

**Alan I. Gilbert** al.gilbert@state.mn.us

**Daniel L. Abelson** daniel.abelson@state.mn.us

**Thomas C. Vasaly** thomas.vasaly@state.mn.us

**Kristi A Nielsen** kristi.nielsen@state.mn.us

**Minnesota Society for Criminal Justice** mhalberg@halbergdefense.com

**Minnesota DWI Taskforce** jgraham@merchantgould.com

**Minnesota County Attorneys Association** blemons@mcaa-mn.org

**Suburban Hennepin County Prosecutors Association** mschneider@chestnutcambronne.com

RAMSAY LAW FIRM, P.L.L.C.

Dated: February 19, 2010

/s/ Daniel J. Koewler
Daniel J. Koewler, ID No. 388460
2780 Snelling Avenue North, #330
Roseville, Minnesota 55113
651-604-0000

*Attorney for Source Code Coalition*